UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-02012-Torres

FILED BY TS D.C.

Jan 6, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

      **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

                                                Respectfully submitted,

                                                MARKENZY LAPOINTE
                                                UNITED STATES ATTORNEY

                    By:    */s/ Angela J. Benoit*
                            Angela J. Benoit
                            Special Assistant United States Attorney
                            Florida Special Bar ID No.: A5502549
                            99 NE 4th Street, 6th Floor
                            Miami, Florida 33132
                            Tel: (202) 617-4361
                            Email: Angela.Benoit.Lewis2@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ARTEM OLEGOVICH ALAFYEV,<br><br>*Defendant.* | )<br>)<br>)   Case No.  25-MJ-02012-Torres<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 3, 2025  in the county of  Miami-Dade  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography |
| 18 U.S.C. § 2252(a)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*
ID#5453

Kenny Silva, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Telephone

Date: 1/4/25

*Judge's signature*

City and state:  Miami, Florida        Honorable Edwin G. Torres, United States Chief Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenny Silva, Special Agent with Homeland Security Investigations ("HSI"), having been first duly sworn, do hereby depose and state as follows:

## BACKGROUND

1. I have been a Special Agent with HSI since 2005. I am currently assigned to the Child Exploitation Group at the HSI Miami Field Office and have served in this position since October 2023.

2. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

3. I have participated in investigations involving persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and, during the course of my duties, I have observed and reviewed examples of child pornography. I have also reviewed examples of materials relating to the sexual exploitation of children in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

4. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging **ARTEM OLEGOVICH ALAFYEV ("ALAFYEV")** with violations of Title 18, United States Code, Section 2252(a)(4)(B), Possession of Child Pornography, and Title 18, United States Code, Section 2252(a)(1), Transporting Material Involving Sexual Exploitation of Minors.

5. The statements contained in this affidavit are based upon my personal knowledge, as well as on information provided to me by other law enforcement officers. This affidavit does not include every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that **ALAFYEV** violated Title 18, United States Code, Section 2252(a)(4)(B), and Title 18, United States Code, Section 2252(a)(1).

**FACTS IN SUPPORT OF PROBABLE CAUSE**

6. On January 3, 2025, **ALAFYEV** entered the United States at Port Miami, Terminal D, aboard the passenger cruise ship MSC Divina. **ALAFYEV** was selected for secondary inspection by U.S. Customs and Border Protection ("CBP") officers. Upon disembarking, **ALAFYEV** was escorted to CBP secondary.

7. At secondary inspection, CBP inspected **ALAFYEV's** personal property including an Apple iPhone 16 Pro Max mobile phone ("iPhone"). **ALAFYEV** told CBP that he owned the mobile phone and that no one else had access to the device. He did not provide CBP with the passcode for the iPhone but unlocked it for inspection. CBP Officers observed **ALAFYEV** enter the code to unlock the iPhone.

8. CBP conducted a manual inspection of the iPhone pursuant to border search authority and discovered numerous videos of suspected child pornography depicting pre-pubescent children. The videos were discovered in the recently deleted folder.

9. I previewed the files located on the iPhone and observed the following videos depicting child pornography:

   a. A 53 second video depicting an adult male engaging in vaginal intercourse with a prepubescent female;

    b. A 5-minute video depicting an adult male engaging in vaginal intercourse with a prepubescent female;

    c. A 1-minute 36 second video depicting a prepubescent female preforming oral sex on an adult male;

    d. A 51 second video depicting an adult male engaging in vaginal intercourse with a prepubescent female;

    e. A 6-minute video depicting a prepubescent female with exposed genitalia masturbating;

    f. A 43-minute video file depicting a prepubescent female with exposed genitalia masturbating.

10. A review of **ALAFYEV's** criminal history revealed that in or around 2011, **ALAFYEV** pleaded guilty in Pennsylvania state court for violations pertaining to child sexual abuse material. As a result of this conviction, **ALAFYEV** was ordered to register as a sex offender for ten years.

[SPACE INTENTIONALLY LEFT BLANK]

**CONCLUSION**

11. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that on or about January 3, 2025, **ALAFYEV** did knowingly commit the offenses of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), and transporting material involving sexual exploitation of minors, in violation of Title 18, United States Code, Section 2252(a)(1).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
KENNY SILVA
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone this _____ day of January 2025.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE