UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-MJ-02012 - Torres

UNITED STATES OF AMERICA,
Plaintiff,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Artem Olegovich Alafyev
Defendant.
_____/

COMES NOW Robert David Malove and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed): Robert David Malove

Counsel's Signature: _____

Address (include City/State/Zip Code):
200 SE 9th St.
Ft. Laud., FL 33301

Telephone: 954-861-0384     Florida Bar Number: 407283

Date: 1/6/25