# MINUTE ORDER

Page 16

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5          Date: 01/06/25     Time: 1:30 p.m.

Defendant: Artem Olegovich Alafyev     J#: 13968-506    Case #: 25-MJ-02012-TORRES
AUSA: Angela Benoit                    Attorney: Temp; Robert Malove
Violation: Possession & Transportation of Child Pornography    Surr/Arrest Date: 1/3/25    YOB: 1985

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No              Recommended Bond: Pretrial Detention
Bond Set at:                            Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
X Defendant advised of rights & charges
X Government seeks pretrial Detention
X Defense attorney Robert Malove filed a notice of temp appearance in open court.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
(PTD) Bond Hearing: 1/8/25   1:30pm   Duty Judge   Miami
Prelim/Arraign or Removal: 1/21/25   10am
Status Conference RE:
D.A.R. 14:36:32                         Time in Court: 2 min.

s/Edwin G. Torres                       Chief Magistrate Judge