# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**                    Date:  1/8/2025       Time:  1:30 p.m.

Defendant:   Artem Olegovich Alafyev          J#:  13968-506      Case #:  25-02012-MJ-TORRES

AUSA: Angela Benoit                                    Attorney:  Robert Malove (TEMP)

Violation:  Possession & Transportation of Child Pornography

Surr/Arrest Date:        YOB:

Proceeding:  Pretrial Detention Hearing              CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: **Pretrial Detention**                     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language:  English

Disposition:
Brady Order Not given. Prelim/ARR set for 1/21/25.

**The Government O/M for PTD based on danger and risk of flight. -GRT- Pretrial  hearing held.**

**S/A Kenny Silva sworn and testified.**

**The finds that the Government has meant there burden based on danger, and Ordered the defendant detained Pretrial Detention.**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:              Time:             Judge:                    Place:

**Report RE Counsel**: **1/21/2025**          **10:00am**        **Duty**                   **Miami**

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **13:43:54**                                      Time in Court: **25 mins**

s/Edwin G. Torres                                    Magistrate Judge