UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 25-02012-EGT-1

    *Plaintiff,*

v.

ARTEM OLEGOVICH ALAFYEV,

    *Defendant/*.

## PERMANENT NOTICE OF APPEARANCE IN THE DISTRICT COURT

Robert David Malove, files this notice of appearance for the above-named Defendant. Counsel Agrees to represent the Defendant for:

TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal and to file a timely notice of appeal if requested to do so by the Defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

    Respectfully submitted,

    The Law Office of
    ROBERT DAVID MALOVE, P.A.
    200 SE 9th Street
    Ft. Lauderdale, Florida 33316
    (954) 861-0384

    By:    */s/ Robert David Malove*
            Robert David Malove, Esq.
            Florida Bar No.: 407283

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was e-filed via CM/ECF this 13th day of January 2025.

    By: */s/Robert David Malove*
        Florida Bar No.: 407283