UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-20013-CR-ALTMAN/LETT**
CASE NO. _____

18 U.S.C. § 2252(a)(1) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

Defendant.
_____/

FILED BY____KAN____D.C.
Jan 15, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Transportation of Visual Depictions Involving the Sexual Exploitation of Minors**
(18 U.S.C. § 2252(a)(1) and (b)(1))

On or about January 3, 2025, at PortMiami, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ARTEM OLEGOVICH ALAFYEV,**

did knowingly transport any visual depiction, using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

## COUNT 2
### Possession of Visual Depictions Involving the Sexual Exploitation of Minors
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about January 3, 2025, at PortMiami, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ARTEM OLEGOVICH ALAFYEV,**

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve (12) years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ARTEM OLEGOVICH ALAFYEV**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code Sections 2251, 2251A,

2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ANGELA J. BENOIT
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO.: _____

v.

ARTEM OLEGOVICH ALAFYEV,                **CERTIFICATE OF TRIAL ATTORNEY**

_____/        **Superseding Case Information:**
             Defendant.                 New Defendant(s) (Yes or No) _____
**Court Division** (select one)         Number of New Defendants _____
  ☒ Miami    ☐ Key West   ☐ FTP         Total number of counts _____
  ☐ FTL      ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)
   I    ☒ 0 to 5 days          ☐ Petty
   II   ☐ 6 to 10 days         ☐ Minor
   III  ☐ 11 to 20 days        ☐ Misdemeanor
   IV   ☐ 21 to 60 days        ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 25-MJ-02012-TORRES
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of January 3, 2025
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____/s/ Angela Benoit_____
Angela J. Benoit
Special Assistant United States Attorney
Court ID No.   A5502549

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Artem Olegovich Alafyev

**Case No**: _____

**Count #: 1**

Transportation of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(1) and (b)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life
* **Mandatory Min. Supervised Release:** Five years
* **Max. Fine:** $250,000

**Count #: 2**

Possession of Visual Depictions Involving the Sexual Exploitation of Minors

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life
* **Mandatory Min. Supervised Release:** Five years
* **Max. Fine:** $250,000