UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: -ALTMAN/LETT

UNITED STATES OF AMERICA,

   *Plaintiff*,

vs.

ARTEM OLEGOVICH ALAFYEV,

   *Defendant*.

_____/

### NOTICE OF PERMANENT APPEARANCE AS COUNSEL

 THIS COURT will enter the permanent appearance of The Law Office of Robert David Malove, as counsel for the Defendant, ARTEM OLEGOVICH ALAFYEV, in the above-styled cause of action. The Clerk of the Court is hereby requested to transmit all notices and pleadings to the undersigned at the email address provided below.

          Respectfully submitted,

          The Law Office of
          ROBERT DAVID MALOVE, P.A.
          633 S. Andrews Avenue, Ste. 102
          Ft. Lauderdale, Florida 33301
          (954) 861-0384

          By: */s/ Robert David Malove*
            Robert David Malove
            Florida Bar No.: 407283

### CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 20th day of January 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

          By: */s/ Robert David Malove*
            Robert David Malove
            Florida Bar No.: 407283