UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-20013-cr-ALTMAN/LETT

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ARTEM OLEGOVICH ALAFYEV,

    *Defendant*.

_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL

THIS COURT will enter the permanent appearance of The Law Office of Robert David Malove, as counsel for the Defendant, ARTEM OLEGOVICH ALAFYEV, in the above-styled cause of action. The Clerk of the Court is hereby requested to transmit all notices and pleadings to the undersigned at the email address provided below.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 SE 9th Street
Ft. Lauderdale, Florida 33316
(954) 861-0384

By:   */s/ Robert David Malove*
        Robert David Malove
        Florida Bar No.: 407283

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

By:   */s/ Robert David Malove*
        Robert David Malove
        Florida Bar No.: 407283