UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-20013-cr-ALTMAN/LETT

UNITED STATES OF AMERICA

   *Plaintiff*,

v.

ARTEM OLEGOVICH ALAFYEV

   *Defendant*

_____/.

MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

  In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Robert Bond of the Law Offices of Robert Bond, 11880 Bustleton Avenue, Suite 206, Philadelphia, PA 19116, (215) 240-7565, for purposes of appearance as co-counsel on behalf of Artem Olegovich Alafyev in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Robert Bond to receive electronic filings in this case, and in support thereof states as follows:

  1. Robert Bond is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

  2. Movant, Robert David Malove, of The Law Offices of Robert David Malove, P.A., 200 SE 9th Street, Fort Lauderdale, FL 33316, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be

responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Robert Bond, has made payment of this Court's $224.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Robert Bond, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert Bond at email address: rbond@phillylawcenter.com

WHEREFORE, Robert David Malove respectfully moves this Court to enter an Order Robert Bond to appear before this Court on behalf of Artem Olegovich Alafyev, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert Bond.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 SE 9th Street
Ft. Lauderdale, Florida 33316
(954) 861-0384

By:     */s/ Robert David Malove*
          Robert David Malove
          Florida Bar No.: 407283

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

By:     */s/ Robert David Malove*
          Robert David Malove
          Florida Bar No.: 407283