UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

25-20013-cr-ALTMAN/LETT

UNITED STATES OF AMERICA

    *Plaintiff*,

v.

ARTEM OLEGOVICH ALAFYEV

    *Defendant*.

_____/.

## CERTIFICATION OF ROBERT BOND

Robert Bond, Esquire, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of Commonwealth of Pennsylvania & District Court; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

    */s/ Robert Bond*
    Robert Bond, Esquire,
    PA Bar number: 308371
    Rbond@phillylawcenter.com
    Law Offices of Robert Bond, Esquire
    11880 Bustleton Avenue, Suite 206
    Philadelphia, PA 19116
    (215) 240 7565