# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor                Date: 1/21/25     Time: 10:00 a.m.

Defendant: Artem Olegovich Alafyev     J#: 13968-506   Case #: 25-cr-20013-Altman/Lett
AUSA: Angela Benoit                           Attorney: Robert Malove (Perm)
Violation: Transportation of Visual Depictions Involving the Sexual Exploitation of Minors
Proceeding: Arraignment                       CJA Appt:
Bond/PTD Held: ◯ Yes  ◯ No    Recommended Bond:
Bond Set at: Ptd                              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
*Brady order NOT given*

**Defendant Arraigned:**
**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

**Brady order given**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:      Time:       Judge:           Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:16:28                               Time in Court: 3 mins