UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

   Defendant.
_____/

## GOVERNMENT'S SECOND RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order, after producing records marked with Bates ranges ALAFYEV_000023 to ALAFYEV_000056 via the filesharing platform USAfx.  Counsel for the Defendant should contact the undersigned Assistant United States Attorney if any records are missing.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, *Brady*, *Giglio*, *Napue*, and the obligation to assure a fair trial.

        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY

By:    */s/ Angela J. Benoit*
        Angela J. Benoit
        Special Assistant United States Attorney
        Florida Special Bar ID No.: A5502549
        99 NE 4th Street, 6th Floor
        Miami, Florida 33132
        Tel: (202) 617-4361
        Email: Angela.Benoit.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document with attachments was served this day via email on counsel of record.

*/s/ Angela J. Benoit*
Angela J. Benoit