UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cr-20013-RKA

UNITED STATES OF AMERICA,
   *Plaintiff*,

v.

ARTEM OLEGOVICH ALAFYEV,
   *Defendant*.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE

  The Defendant, ARTEM OLEGOVICH ALAFYEV, by and through undersigned counsel and pursuant to Local Rule 7.6, respectfully moves the Court to continue the jury trial set for February 24, 2025. As good cause for granting a continuance, the Defendant states as follows:

  1. On January 23, 2025, this Court issued a Trial Order (DE 14). A calendar call is set for February 18, 2025. Jury trial is set for February 24, 2025.

  2. The Government recently produced discovery on February 4, 2025. (DE 15).

  3. Undersigned counsel respectfully needs more time to review the discovery in this case, to include retaining a defense expert and coordinating with the Government to physically examine sensitive evidentiary materials which are prohibited from being reproduced, shared electronically or otherwise.

  4. It is anticipated that upon conclusion of the examination, the defense expert will need time to process the data/information and generate a report detailing relative findings. Undersigned counsel will also need additional time to carefully review the report generated by the expert and assess those findings along with various other discovery materials provided by the Government.

  5. Undersigned counsel has conferred with opposing counsel, Special AUSA Angela J. Benoit, who expresses no objection to the granting of a 45-day continuance for the above.

WHEREFORE, the Defendant requests the Court continue the jury trial until the two-week period beginning on April 10, 2025.

Respectfully submitted,

The Law Office of
ROBERT DAVID MALOVE, P.A.
200 S.E. 9th Street
Fort Lauderdale, FL 33316
Telephone: (954) 861-0384
e-filing@robertmalovelaw.com

By: */s/ Robert David Malove*
Robert David Malove
FL Bar No: 407283

## WAIVER OF SPEEDY TRIAL

I HEREBY CERTIFY that I have advised the Defendant of his rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. The Defendant hereby waives his right to a speedy trial under the Act and consents to continuing the trial date. The Defendant understands the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document was electronically filed via the CM/ECF filing system on February 13, 2025, and all parties were effectively served thereby.

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with opposing counsel, Angela J. Benoit, Special AUSA, who expressed no objection to the relief requested in this motion.