UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,
v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.
_____

## ORDER ON
## STIPULATION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come before the Court on the submission of the Stipulation for Substitution of Counsel [DE   ]; and the Court having reviewed said Stipulation and being otherwise fully advised in the premises, it upon consideration,

**ORDERED AND ADJUDGED:** That David A. Donet, Jr., Esq., of the law firm of Donet, McMillan & Trontz, P.A., shall be substituted as counsel of record for the Defendant, and that Robert David Malove, Esq., is relieved of further responsibility or action in this cause.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. ROY K. ALTMAN**
United States District Judge

Copies to Counsel of Record.