UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

### ORDER GRANTING
### DEFENDANT'S MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE

**THIS CAUSE** having come before the Court on Defendant's [DE  ] Motion to Extend the Pretrial Motions Deadline; and the Court having reviewed said Motion and being otherwise fully advised in the premises, it  upon consideration,

**ORDERED AND ADJUDGED:** That Defendant's Motion is **GRANTED.**

The deadline for the parties to file pretrial Motions and Motions in Limine is hereby extended to and including March 14, 2025..

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. ROY K. ALTMAN**
United States District Judge

Copies to Counsel of Record.