UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

## DEFENDANT ARTEM OLEGOVICH ALAFYEV 'S UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE

**COMES NOW** Defendant, ARTEM OLEGOVICH ALAFYEV (Mr. Alafyev), by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files this Unopposed Motion to Extend the Pretrial Motions Deadline, and in support thereof, states as follows:

1. This case is set for Trial during the two-week period beginning March 24, 2025. (See AMENDED TRIAL ORDER [DE 18]).

2. Said Order directs that all pre-trial motions and motions in limine must be filed by March 4, 2025.

3. Undersigned counsel has just been retained by Mr. Alafyev to represent him in this litigation.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Case 1:25-cr-20013-RKA   Document 25   Entered on FLSD Docket 03/05/2025   Page 2 of 5

4. Concurrent with the filing of this Motion, the undersigned filed a Stipulation for Substitution of Counsel which seeks the Court's approval for the substitution of the undersigned as counsel of record for Defendant, thereby relieving Robert D. Malove, Esq. as counsel for the Defendant. The Court's Order thereon is pending.

5. Consequently, undersigned counsel has not had the opportunity to obtain all of the necessary information as it relates to this case in order to ascertain whether pretrial motions are needed, or to otherwise prepare for the defense of this case.

6. As to the latter, Defendant's forensic expert has obtained an appointment with the Government on March 11, 2025, to physically examine sensitive evidentiary materials which are prohibited from being reproduced, shared electronically, or otherwise.

7. Therefore, it is anticipated that upon conclusion of the examination, the defense expert will need time to process the data obtained and generate a report detailing his relative findings.

8. Undersigned counsel will also need additional time to review said report and assess those findings, along with various other discovery materials provided by the Government to prior counsel and not yet shared with the

Page **2** of **5**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

undersigned.

9.  Thus, Defendant needs and seeks a short extension of time of 10 days' duration within which to file pretrial motions in this case.

10. It is anticipated that such extension of time would not affect the scheduled trial date.

11. Although Defendant would argue that the foregoing recitation shows that good cause exists for granting the instant Motion, F. R. Crim. P. 12(c)(1) does not require a showing of good cause and authorizes the Court to grant an extension of time in this case: "[a]t any time before trial, the court may extend or reset the deadline for pretrial motions." The Court's discretion to do so is broad. See Fed. R. Crim. P. 12 advisory committee's note to 2014 amendment; **Morris v. Slappy**, 461 U.S. 1, 11 (1983).

## CERTIFICATE OF GOOD FAITH CONFERRAL

12. The undersigned has conferred with AUSA Angela Benoit, who has indicated that the Government does not oppose the extension of time requested by Defendant.

**WHEREFORE**, Defendant, ARTEM OLEGOVICH ALAFYEV, respectfully requests that this Honorable Court enter its Order granting the instant

[Continued on next page]

Motion and extending by 10 days the time for filing pretrial motions in this case, for the foregoing reasons.

**DATED:** March 5, 2025.

                                Respectfully submitted,

                                **Donet, McMillan & Trontz, P.A.**

                              By: /s/ David A. Donet, Jr.
                              **David A. Donet, Jr., Esq.**
                              Florida Bar No.: 128910
                              Attorney for Defendant

[Certificate of Service on next page]

Page **4** of **5**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 5, 2025, undersigned counsel electronically filed the foregoing Defendant's Unopposed Motion to Extend the Pretrial Motions Deadline with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                                **Donet, McMillan & Trontz, P.A.**

                    By: /s/ David A. Donet, Jr.
                         **David A. Donet, Jr., Esq.**
                         Florida Bar No.: 128910
                         Attorney for Defendant
                         100 Almeria Avenue, Suite 230
                         Coral Gables, Florida 33134
                         Telephone: 305-444-0030
                         Email: donet@dmtlaw.com
                         Email: paralegals@dmtlaw.com

Page **5** of **5**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com