UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

vs.

ARTEM OLEGOVICH ALAFYEV,

      **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

                                                Respectfully submitted,

                                                HAYDEN P. O'BYRNE
                                                UNITED STATES ATTORNEY

By:   */s/ Brianna Coakley*
         BRIANNA COAKLEY
         Assistant United States Attorney
         COURT ID NO.: A5503184
         99 Northeast 4th Street, 6th Floor
         Miami, Florida 33132-2111
         Telephone: (305) 961-9127
         Email: brianna.coakley@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            /s/ *Brianna Coakley*
                                            BRIANNA COAKLEY
                                            Assistant United States Attorney