UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

## DEFENDANT ARTEM OLEGOVICH ALAFYEV 'S UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** Defendant, ARTEM OLEGOVICH ALAFYEV (Mr. Alafyev), by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files this Unopposed Motion to Continued Trial, and in support thereof, states as follows:

1.    This case is set for Trial during the two-week period commencing on March 24, 2025. (See AMENDED TRIAL ORDER [DE 18]).

2.    While Defendant has received some discovery in this case, the more significant discovery – the allegedly illegal images and videos allegedly found on Defendant's mobile phone – are prohibited from being reproduced, shared electronically, or otherwise; therefore, Defendant's forensic expert, along with

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

defense counsel and the government's counsel, physically examined said evidentiary materials on March 11, 2025, at the government's designated site; that inspection lasted approximately 6 hours.

3.  Consequently, Defendant's expert will need time to process the data obtained and generate a report detailing his relative findings.

4.  Thereafter, defense counsel will need additional time to review said report and assess those findings, along with various other discovery materials provided by the government.

5.  Consequently, Defendant needs and respectfully requests a 30-day continuance of the Trial of this case in order to properly prepare an adequate defense.

6.  Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

7.  A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

8. Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

### **CERTIFICATE OF GOOD FAITH CONFERRAL**

9. The undersigned conferred with Assistant United States Attorney Angela Benoit, who indicated that the Government does not oppose the continuance sought herein.

### **WAIVER OF SPEEDY TRIAL**

10. Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from March 12, 2025, through and including the next scheduled trial date.

**WHEREFORE**, the Defendant, ARTEM OLEGOVICH ALAFYEV, respectfully requests that this Honorable Court enter its Order continuing the trial of this cause for a period of thirty days and reset all related deadlines, for the foregoing reasons.

**DATED:** March 12, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Florida Bar No.: 128910
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2025, undersigned counsel electronically filed the foregoing Defendant's Unopposed Motion to Continue Trial with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com