UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____/

**AMENDED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Robert Bond, Esq., of the Law Offices of Robert Bond, 11880 Bustleton Avenue, Suite 206, Philadelphia, PA 19116, telephone no.: (215) 240-7565, for purposes of appearance as co-counsel on behalf of ARTEM OLEGOVICH ALAFYEV in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Robert Bond, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Robert Bond, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the Commonwealth of Pennsylvania and of the United States District Court for the Eastern District of Pennsylvania.

2. David A. Donet, Jr, Esq., of the law firm of Donet, McMillan & Trontz, P.A., telephone no.: (305) 444-0030, is a member in good standing of The Florida Bar and of the United States District Court for the Southern District of Florida and is authorized to file through this Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the Local Rules of this Court, Robert Bond, Esq. has previously made payment of this Court's $224.00 admission fee. A certification in accordance with L.R. Rule 4(b) is attached hereto.

4. Robert Bond, Esq., by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Robert Bond, Esq., at email address: rbond@phillylawcenter.com.

**WHEREFORE**, David A. Donet, Jr., Esq., moves this Court to enter an Order allowing Robert Bond, Esq. to appear before this Court on behalf of Defendant, ARTEM OLEGOVICH ALAFYEV, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Robert Bond, Esq.

**DATED:** March 19, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 19, 2025, undersigned counsel electronically filed the foregoing Amended Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record and that a copy thereof was emailed to Robert Bond, Esq. at rbond@phillylawcenter.com.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com