UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

## **CERTIFICATION OF ROBERT BOND, ESQUIRE**

Robert Bond, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and of the United States District Court for the Eastern District of Pennsylvania; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

**DATED:** March 19, 2025.

                                             **Law Offices of Robert Bond**

                                        By: /s/ Robert Bond
                                                **Robert Bond, Esq.**
                                                PA Bar number: 308371
                                                11880 Bustleton Avenue, Suite 206
                                                Philadelphia, PA 19116
                                                Telephone: (215) 240 7565
                                                Email: Rbond@phillylawcenter.com