UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____/

**ORDER GRANTING AMENDED MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear Pro Hac Vice for Robert Bond, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby,

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**.  Robert Bond, Esq. may appear and participate in this action on behalf of ARTEM OLEGOVICH ALAFYEV.  The Clerk shall provide electronic notification of all electronic filings to Robert Bond, Esq., at rbond@phillylawcenter.com.

    **DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

                                                                      **ROY K. ALTMAN**
                                                                      United States District Judge

Copies to Counsel of Record