UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

Defendant.

_____/

## PROPOSED ORDER

THIS CAUSE is before the Court on the Government's Motion to Continue Calendar Call and Trial. Being fully advised, it is hereby:

ORDERED AND ADJUDGED that the motion is GRANTED and the calendar call scheduled for April 22, 2025, and trial in this case set for April 28, 2025, is continued by fourteen (14) days.

DONE AND ORDERED in chambers at Miami, Florida, this _____ day of April 2025.


_____
HONORABLE ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE