UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

**UNITED STATES OF AMERICA**

v.

**ARTEM OLEGOVICH ALAFYEV,**

   **Defendant.**
_____/

**GOVERNMENT'S THIRD RESPONSE TO
THE STANDING DISCOVERY ORDER**

     The United States hereby files this third response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. The attachment to this response was provided via USAfx containing additional discovery in this case. The records in this file include documents bates stamped ALAFYEV_000057 to ALAFYEV_000101. Please contact the undersigned Assistant United States Attorney if you encounter any issues accessing the discovery.

     The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

                                                            Respectfully submitted,

                                                            HAYDEN P. O'BYRNE
                                                            UNITED STATES ATTORNEY

               By:    *s/Brianna Coakley*
                        Brianna Coakley
                        Assistant United States Attorney
                        Court ID No. A5503184
                        United States Attorney's Office
                        99 NE 4th Street, 6th Floor
                        Miami, Florida 33132
                        (305) 961-9127
                        Brianna.Coakley@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provides electronic notice of the filing.

<em>s/Brianna Coakley</em><br>Brianna Coakley