UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20013-CR-RKA

UNITED STATES OF AMERICA

vs.

ARTEM OLEGOVICH ALAFYEV,

        **Defendant.**

_____/

## NOTICE OF APPEARANCE

The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY

By:    /s/ Elizabeth Hannah
        ELIZABETH HANNAH
        Assistant United States Attorney
        Court No: A5503171
        U.S. Attorney's Office - SDFL
        99 Northeast 4TH Street, 6TH Floor
        Miami, Florida 33132-2111
        Telephone: 305-961-9019
        Email: Elizabeth.Hannah@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Elizabeth Hannah
ELIZABETH HANNAH
Assistant United States Attorney
