UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-ALTMAN

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    **Defendant.**
_____/

**UNITED STATES' NOTICE OF INTENT
TO INTRODUCE EXPERT TESTIMONY**

The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice of Intent to Introduce Expert Testimony, pursuant to Federal Rule of Evidence 702. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States provides the following summary of the expert testimony it will seek to introduce at trial:

1. **Special Agent Anthony Blackman, Computer Forensic Agent, Homeland Security Investigations, Miami**

   <u>Training and Qualifications</u>: Special Agent Blackman is employed by the Department of Homeland Security Investigations as a Computer Forensic Agent (CFA). Agent Blackman has received numerous training and certifications in the field of digital forensics as stated in his Curriculum Vitae. *See* Exhibit 1, attached. Agent Blackman has not authored any publications in the last 10 years. Agent Blackman has not testified as an expert in a trial within the past four years.

   Agent Blackman has served as a Special Agent since May 2006, and as a Computer Forensic Agent since December 2022. In this capacity, Special Agent Blackman is trained in using Cellebrite, a digital forensic software, and routinely uses this program to extract and analyze data. His duties including conducting computer/cellular telephone forensics and the forensic collection, preservation, and examination.

<u>Complete Statement of Opinions and Bases and Reasons for Opinions</u>: Agent Blackman will testify about his training, qualifications, and experience consistent with his Curriculum Vitae. Agent Blackman will testify generally about how extractions of digital devices are performed, the types of extractions that can be obtained, and the data that can be recovered in those extractions. Agent Blackman will testify that he performed an extraction of the Defendant's device in this case, which he later provided to other agents, including Special Agent Kenny Silva, for analysis. Agent Blackman will testify that the extraction was conducted using forensic tools, such as the Axiom software and Cellebrite software, and how the software works. Agent Blackman may also testify about how and when an electronic device extraction log deleted data and the instances in which deleted data can be recovered through an extraction. Agent Blackman may also testify about the location, associated meta-data and other forensic attributes of the recovered child sexual abuse material. Agent Blackman may testify about the process by which a user can save, delete, hide and organize digital files on a digital device. Finally, Agent Blackman may testify generally about the internet, the functionality of cellular telephones and electronic devices, how files or data can end up at a particular location on a device, the types of data that can and cannot be recovered from cellular telephones and electronic devices, and the software that is commonly used for the forensic examination of digital evidence. Agent Blackman's testimony and opinions will be based on his review of the extraction in this case, as well as his training, education, and experience.

<u>Approval of Disclosure</u>:

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I have reviewed this disclosure and approve of its contents.

                                                     /s/Anthony Blackman
                                                     Anthony Blackman
                                                     Computer Forensic Agent/Special Agent
                                                     Homeland Security Investigations

2. **Christina Loughrin, Criminal Analyst/Computer Forensics Analyst, Homeland Security Investigations, Philadelphia**

Training and Qualifications: Computer Forensics Analyst (CFA) Loughrin is employed by the Department of Homeland Security Investigations (HSI) in Philadelphia, Pennsylvania. CFA Loughrin has received numerous training and certifications in the field of digital forensics as stated in her Curriculum Vitae. *See* Exhibit 2, attached. CFA Loughrin has not authored any publications in the last 10 years. CFA Loughrin has not testified as an expert in a trial within the past four years.

CFA Loughrin has served as a Computer Forensics Analyst since July 2014, and as a Criminal Analyst since July 2011. In this capacity, CFA Loughrin is trained in using digital forensic software programs, and routinely uses these programs to extract and process data. Her duties include conducting extractions of devices, computer/cellular telephone forensics, and the forensic collection, preservation, and examination of electronic devices.

Complete Statement of Opinions and Bases and Reasons for Opinions: CFA Loughrin will testify about her training, qualifications, and experience consistent with her Curriculum Vitae. CFA Loughrin will testify generally about how extractions of digital devices are performed, the types of extractions that can be obtained, and the data that can be recovered in those extractions.

CFA Loughrin will testify that she was a Computer Forensics Analyst with HSI Philadelphia in 2018, at the time that HSI Philadelphia conducted a prior investigation of the Defendant. CFA Loughrin will testify that she extracted several devices that belonged to the Defendant. CFA Loughrin will testify that she used forensic software including Paladin to get an extraction from the Defendant's laptop, and then used Internet Evidence Finder (IEF)—a precursor to Axiom—to process the laptop, and how that software works. For the Defendant's other devices, CFA Loughrin will testify that she used forensic tools including EnCase to do the extractions and

IEF to process those extractions.

CFA Loughrin may also testify about the location, associated meta-data and other forensic attributes of files recovered from the Defendant's devices. CFA Loughrin may testify about what link files and jump list files are, how and when they are created, and how computers may utilize those files. CFA Loughrin may also testify about the process by which a user can save, delete, hide and organize digital files on a digital device

Finally, CFA Loughrin may testify generally about the internet, the functionality of cellular telephones and electronic devices, how files or data can end up at a particular location on a device, the types of data that can and cannot be recovered from electronic devices, and the software that is commonly used for the forensic examination of digital evidence. CFA Loughrin's testimony and opinions will be based on her review of device extractions in a prior investigation of the Defendant, as well as her training, education, and experience.

<u>Approval of Disclosure</u>:

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v), I have reviewed this disclosure and approve of its contents.

<i>/s/ Christina Loughrin</i><br>
Christina Loughrin<br>
Criminal Analyst/Computer Forensics Analyst<br>
Homeland Security Investigations

[THIS SPACE LEFT INTENTIONALLY BLANK]

Having made this disclosure, the United States hereby requests a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: */s/ Elizabeth Hannah*
    Elizabeth Hannah
    Assistant United States Attorney
    Southern District of Florida
    Court ID No. A5503171
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Telephone: (305) 961-9019
    Elizabeth.Hannah@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    */s/ Elizabeth Hannah*
    Elizabeth Hannah
    Assistant United States Attorney