# Curriculum Vitae

## Special Agent Anthony Blackman

## Department of Homeland Security

## Homeland Security Investigations (HSI)

### Office Information

Address: DHS HSI / SAC MIAMI,
11226 NW 20th Street, Miami, Florida 33172
Phone: (305) 597-6000
Email: Anthony.j.Blackman@ice.dhs.gov
Employment Date: May 2003
Department of Homeland Security (DHS)
ICE – Homeland Security Investigations
SAC Office: Miami / Cyber Group

### Summary

Computer Forensic Agent (CFA) Blackman has been employed with the Department of Homeland Security since May 2003 and employed as a Criminal Investigator since May 2006. CFA Blackman received training at the Federal Law Enforcement Training Center in Glynco, Georgia. Furthermore, in December 2022, CFA Blackman was selected as a CFA and received specialized training by the DHS Cyber Crimes Center. The training included a CompTIA certification as well as training in computer forensics techniques. These techniques consisted of forensic imaging of digital devices; to include computers, mobile devices, and storage devices. This training also focused on the operation and use of several commercially available Computer Forensics Software Suites.

### Professional Certifications

**CompTIA A +**

Certification Date: 1/04/2022

Certification Number: COMP001021899297

Certifying Authority: CompTIA

**Computer Forensic Agent**

Certification Date: 12/2022

Certification Number: BCERT

Certifying Authority: DHS ICE – Homeland Security Investigations

(Cyber Crimes Center – C3)

**Professional Training**

**Cellebrite Training**

Vendor: HSI / C3

Training Dates: 10/2023

CFA Specific Advanced Mobile Data Extraction Training

**ACERT Network Intrusion Training**

Vendor: C3

Training Dates: 08/26/2024-08/30/2024

Network Intrusion First Responders Course

**ACERT INTELLA**

Vendor: Spyder Forensics

Training Dates: 11/13/2023 – 11/15/2023 E-Discovery Training

**ACERT Mac Forensic 101/Mac Forensic 201**

Training Dates: 08/14/2023-08/25/2023

**ACERT Drone Forensic/Maritime GPS Forensic**

Training Dates: 04/22/2025-04/25/2025

**Forensic Software Programs Experience**

Arsenal Image Mounter Autopsy

Black Light

Berla IVE

Cellebrite

Digital Collector

DVR Examiner

EnCase

Forensic Explorer (FEX) FTK

FTK Imager

Griffeye

Internet Evidence Finder MacQuisition

Magnet Axiom

Mount Image Pro

Oxygen

Physical Analyzer Physical Analyzer Ultra Paladin

SIFT

Sumuri

XRY

Xways

Virtual Box, VMWorkstation

Windows To Go