**Christina Loughrin**
**Criminal Analyst/Computer Forensics Analyst**
**Homeland Security Investigations**
**Immigration and Customs Enforcement**
**Department of Homeland Security**
**200 Chestnut Street, Room 200**
**Philadelphia, Pennsylvania 19106**

**SUMMARY OF QUALIFICATIONS**

EMPLOYMENT HISTORY

**July 2011 – Present**                                   **Homeland Security Investigations**
                                                          **Philadelphia, Pennsylvania**

*Computer Forensics Analyst (July 2014 – Present)*
- Conducted digital forensic examinations
- Purchased, built, and maintained computer systems and networks for the computer forensics laboratory of the Philadelphia office of Homeland Security Investigations of the U.S. Department of Homeland Security
- Coordinated computer related investigations with federal, state, and local law enforcement agencies
- Presented results of digital forensic examinations to investigators, prosecutors, and defense attorneys, and prepared those results for courtroom presentation
- Assisted on search warrants involving the seizures of computers and other electronic evidence
- Consulted with federal, state, and local agencies on computer related investigations
- Completed reports documenting investigative and analytical activities
- Provided supervision during students' internship
- National Center for Missing & Exploited Children Honorable Mention award for "dedication to the protection of children, exemplary performance of duty and nomination for the National Center for Missing and Exploited Children's Heroes' Awards" 2019

*Criminal Analyst (July 2011- July 2014)*
- Experienced in and knowledgeable of raw intelligence collection, evaluation techniques, and writing
- Proficient in intelligence procedures and methods to include the creation of spreadsheets, inventories, maps, tables, charts, and criminal investigative practices
- Current project manager for the Justice Network System (JNET) and Philadelphia/Camden HIDTA Case Explorer
- Participated as a criminal analyst on the Federal Bureau of Investigation (FBI) Task Force for Pope Francis in September 2015
- Provided supervision during students' internship

**November 2005 – July 2011**     **Bureau of Alcohol, Tobacco, Firearms, and Explosives**
                                   **Philadelphia, Pennsylvania**

*Intelligence Research Specialist*
- Sustained superior performance in the creation and daily maintenance of several intelligence databases
- Acquainted with aspects of international law enforcement investigation and the global dissemination of intelligence products
- Searched databases to identify criminals and associates
- Provided timely dissemination of reports of said criminals and associates using Microsoft Access and Analyst Notebook, crime mapping using ArcView Software, telephone analysis using Penlink
- Lead analyst on three highly publicized Title III's.  Conducted all cell phone, target and mapping reports for case agent
- Liaison between ATF and cell phone companies
- Conducted research to identify individuals of interest and patterns of behavior in support of ongoing criminal investigations through databases and telephone analysis
- Analyzed, assimilated and evaluated various incoming reports and available intelligence databases from a variety of sources
- Prepared charts and displays for prosecutions in State and Federal courts
- Assisted in the creation and presentation of Power Point presentations to Law Enforcement personnel
- Project manager for the Justice Network System (JNET) and Philadelphia/Camden HIDTA Case Explorer
- Participated as a criminal analyst on the Federal Bureau of Investigation Task Force for the G20 Summit in September 2009
- Participated as a criminal analyst on the Bureau of Alcohol, Tobacco, Firearms, & Explosives Task Force for the Coatesville, Pennsylvania Arsons in 2009
- Provided supervision during students' internship

**June 1999 – November 2011**   **Philadelphia/Camden High Intensity Drug Trafficking Area**
                                 **Philadelphia, Pennsylvania**

*Intelligence Analyst*
- Searched databases to identify criminals and associates and disseminate reports to law enforcement agencies
- Developed and utilized a high degree of independence, knowledge of research and analytical techniques coupled with inductive and deductive reasoning to complete various analytical assignments
- Conducted research to identify individuals in support of ongoing criminal investigations; cultivation and analyzing criminal cases developed by the Bureau of Alcohol, Tobacco, Firearms & Explosives, Customs and Immigration Enforcement, Federal Bureau of Investigations and various other federal, state and local law enforcement agencies
- Assisted with the preparation charts and displays for prosecutions in State and Federal courts
- Assisted in the creation and presentation of Power Point presentations to Law Enforcement personnel
- Created and maintained numerous multi-agency databases

- Collaborated with other PCHIDTA analysts in preparing the PCHIDTA Quarterly FACTS Newsletter, which includes various articles on drug activity and drug trends in the Philadelphia/Camden area and drug organizations
- Assisted with the composition of the annual PCHIDTA Threat Assessment, which is comprised of drug trends, and how drugs are transported through the transportation systems in the Philadelphia/Camden region and summarize same
- Assisted with the compilation of the PCHIDTA Annual Report, which illustrates the past fiscal year
- Acted as liaison between the federal, state and local agencies
- Provided supervision during students' internship

EDUCATION

M.A., Bilingual/Bicultural Studies, LaSalle University, Philadelphia, PA, May 2002

B.A., Administration of Justice, Pennsylvania State University, Abington, PA, May 1999

A.A., Digital Forensics, Community College of Philadelphia, Philadelphia, PA (Pending)

ACCREDITATIONS

- ComTIA A+ Operating System Technologies
- ComTIA A+ Core Hardware Technologies

COMPUTER FORENSICS TRAINING
- AX200 Magnet AXIOM training (July 2024)
- College Courses from Champlain College to include Introduction to Computer Systems, Networking Fundamentals/Anti-Forensics, Cyber Crime Forensics, Operating System Forensics, Mobile Forensics (2016-2019)
- Completion of Associate Degree in Computer Forensics from Community College of Philadelphia (Pending)
- Successful completion of a three-day Cellebrite Training in Fairfax, VA (December 20-22, 2017)
- Successful completion of a two-day training in Forensic Explorer in Fairfax, Virginia (December 18-19, 2017)
- Successful completion of two weeks Macintosh Forensics Training provided by BlackBag Technologies at the Federal Law Enforcement Training Center in New Brunswick, GA (March 6-17, 2017)
- FBI First Responder Course, Online, 5 hours, (February 1, 2016)
- National White-Collar Crime Center (NW3C) Online Courses
    - Basic Computer Skills for Law Enforcement, 3 hours (February 5, 2016)
    - Cyber Investigations- Identifying and Seizing Electronics, 2.5 hours (February 24, 2016)
    - Encryption, 1 hour (February 24, 2016)
    - Introduction to Cell Phone Investigations, 1 hour (September 16, 2016)
    - First Responders Digital Evidence, 1 hour (November 1, 2016)

- o Social Media Basics, 1 hour (November 1, 2016)
- o Search Warrants and Digital Forensics, 1 hour (November 2, 2016)
- o Introduction to Computer Networks, 2.75 hours (January 6, 2017)
- Successful completion of a six-week Basic Computer Evidence Recovery Training (BCERT) Training and the Federal Law Enforcement Training Center in New Brunswick, GA (July 7, 2014 to August 15, 2014)

INTELLIGENCE ANALYST TRAINING

- Successful completion of an eighteen-week high intensity training in Analysis and Terrorism Prevention, Critical Thinking and Analytic Techniques, Communication Skills and Analytic Writing and Strategic Analysis and Oral Briefings resulting in the Course Completion of The Intermediate Fusion Center Analyst Training Program certified by the U.S. Department of Homeland Security and six Master of Arts Credits (January 2011-May 2011).
- Successful completion of a nine-week high intensity training in intelligence techniques and methodologies resulting in the Course Completion of BIRS (Basic Intelligence Research Specialist Training) conducted by the Drug Enforcement Administration Office of Training Academy (July-September 2006, Quantico, VA).
- Successful completion of month-long training in investigative techniques, methodologies and law enforcement software programs resulting in the Course Completion of FLEAT (Federal Law Enforcement Analysis Training) conducted by the combined efforts of FBI and DEA Office of Training Academy (August 2003, Quantico, VA).
- United States Department of Justice, United States Attorney's Office Eastern District Of Pennsylvania Certificate of Appreciation Award "In recognition of dedication and consistent outstanding performance in the investigation and prosecution of a cocaine distribution organization: an extraordinarily difficult job extraordinarily well done."
- ArcView 9.0 training, San Diego, California (February 2010)
- ESRI International Users Conference, San Diego, California (July 2009)
- ESRI Federal Users Conference, Washington, DC (February 2008)
- Advanced Penlink Training, MAGLOCLEN, Newtown, PA (2006)
- Completed week-long course certification in Analyst's Notebook, Philadelphia, PA (PCHIDTA) (October 2005)
- Analyst II Certificate, Fort Indiantown, Gap (June 2001)
- Analyst I Certificate, Laurel, Maryland (November 2000)