UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

     Defendant.

_____

## DEFENDANT ARTEM OLEGOVICH ALAFYEV 'S
## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** Defendant, ARTEM OLEGOVICH ALAFYEV (Mr. Alafyev), by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files this Unopposed Motion to Continued Trial, and in support thereof, states as follows:

1.    This case is set for Trial during the two-week period commencing on May 19, 2025. (See  AMENDED TRIAL ORDER TO CONTINUE [DE 36]).

2.    Defendant has received discovery in this case; however, during the physical examination of said discovery on March 11, 2025, at the government's designated site,[1] the government's software kept malfunctioning so that crucial

---

[1] (During an inspection that lasted approximately 6 hours by Defendant's forensic expert, the government's forensic expert, defense counsel and government's counsel.)

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

metadata that Defendant's expert needs and requested became impossible to extract, despite many attempts.

3.    Since that date ,the parties have been in consultation regarding this problem and on April 29, 2025, the government advised that the requested metadata is being extracted and requested that the undersigned deliver a hard drive to supply the metadata. Therefore, tndersigned counsel immediately purchased the hard drive from Amazon and it was delivered by them directly to the government's designated site on May 5, 2025. The undersigned understands that the government expects to complete the task and return the finished extraction soon.

4.    Consequently, Defendant's expert will need time to process the newly extracted metadata once received and generate a report for the undersigned, detailing his relative findings.

5.    Thereafter, defense counsel will need additional time to review said report and assess those findings, along with various other discovery materials provided by the government and discuss all of it with Mr. Alafyev.

**Counsel for Both Parties Out of The District During the Week of June 16, 2025.**

6.    Additionally, both, the government's counsel and the undersigned will be unavailable and out of the District during the week of June 16, 2025.

7.    Consequently, Defendant needs and respectfully requests a 45-day

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

continuance of the Trial of this case in order to properly prepare an adequate defense.

8.      Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

9.      A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

10.      Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

## CERTIFICATE OF GOOD FAITH CONFERRAL

11.      The undersigned conferred with Assistant United States Attorney Brianna Coakley, who indicated that the Government does not oppose the continuance sought herein.

## WAIVER OF SPEEDY TRIAL

12.      Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Speedy Trial Act, 18 U.S.C. § 3161, from May 7, 2025, through and including the next scheduled trial date.

      **WHEREFORE**, the Defendant, ARTEM OLEGOVICH ALAFYEV, respectfully requests that this Honorable Court enter its Order continuing the trial of this cause for a period of forty-five days and reset all related deadlines, for the foregoing reasons.

      **DATED:** May 7, 2025.

                  Respectfully submitted,

                  **Donet, McMillan & Trontz, P.A.**

           By:  /s/ David A. Donet, Jr.
              **David A. Donet, Jr., Esq.**
              Florida Bar No.: 128910
              Attorney for Defendant

      [Certificate of Service on Next Page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 7, 2025, undersigned counsel

electronically filed the foregoing Defendant's Unopposed Motion to Continue Trial

with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic

Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **5** of **5**