UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

**DEFENDANT'S NOTICE OF INTENT
TO INTRODUCE EXPERT TESTIMONY**

    The Defendant, ARTEM OLEGOVICH ALAFYEV, files his Notice of Intent to Introduce Expert Testimony pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and to Federal Rules of Evidence 702, 703 and 705, and hereby gives notice of its intent to call Mr. Aaron Weiss as an expert witness during the Defendant's case-in-chief regarding forensic examinations and analysis of digital devices, file deletion, forensic recovery techniques, and other related issues related to Defendant's iPhone at issue in this case.

    This disclosure is in anticipation of the receipt of Mr. Weiss' opinion of the facts as it relates to the law in this case. At this time, the undersigned has not received Mr. Weiss' opinion; however, should that opinion cause the defense to

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

determine that Mr. Weiss will not testify, the undersigned will notify the government and withdraw Mr. Weiss from the witness list.

When the undersigned receives Mr. Weiss' opinion and it is determined that Mr. Weiss has testimony relevant to the defense of Mr. Alafyev, the undersigned will supplement, file and serve Defendant's Supplemental Notice.

### Aaron Weiss - Qualifications and Experience.

Mr. Weiss is a digital forensics expert and owner of Forensic Recovery, LLC, located at 450 SR 13 N, Suite 106, PMB 166, Saint Johns, FL 32259, a firm specializing in digital forensics.

Mr. Weiss has worked in the realm of computer technology for over 20 years and in digital forensics for over 15 years. He holds the following degrees and certification from the University of Central Florida, Orlando, Florida:

> Master of Science in Digital Forensics (2010).
> Graduate Certificate in Computer Forensics (2002).
> Bachelor of Science in Computer Science (2001).

Mr. Weiss has testified as an expert in digital and computer forensics in over twenty cases in state and federal courts since 2011 and he has been a presenter or panelist in numerous professional seminars throughout the United States.

[Continued on next page]

Page **2** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

A copy of Mr. Weiss' CV is attached to this Notice.

**DATED** on May 19, 2025.

                                                      Respectfully submitted,

                                                      **Donet, McMillan &Trontz, P.A.**

                                                   By: /s/ David A. Donet, Jr.
                                                          David A. Donet, Jr., Esq.
                                                          Florida Bar No.: 128910
                                                          Attorney for Defendant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 19, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Intent to Introduce Expert Testimony with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein.

                                                      **Donet, McMillan &Trontz, P.A.**

                                                 By: /s/ David A. Donet, Jr.
                                                     David A. Donet, Jr., Esq.
                                                     Florida Bar No.: 128910
                                                     Attorney for Defendant
                                                     100 Almeria Avenue, Suite 230
                                                     Coral Gables, Florida 33134
                                                     Telephone: (305) 444-0030
                                                     Email: donet@dmtlaw.com
                                                     Email: paralegals@dmtlaw.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com