# AARON SHANE WEISS

# CURRICULUM VITAE

## KNOWLEDGE AREAS

| | |
|---|---|
| Computer Forensics | GPS Device Forensics |
| Mobile Device Forensics | Information Security |
| Call Detail Records/Cell Site Analysis | Electronic Discovery |
| Social Media/Cloud/Email Forensics | Data Breach Incident Response |

## EDUCATION

**Master of Science in Digital Forensics,** *University of Central Florida,* Orlando, Florida — 2010
**Graduate Certificate in Computer Forensics,** *University of Central Florida,* Orlando, Florida — 2002
**Bachelor of Science in Computer Science,** *University of Central Florida,* Orlando, Florida — 2001

## CERTIFICATIONS AND LICENSES

| | |
|---|---|
| Qualcomm Technologies 5G Introductory-Level Certification | 2024 |
| FCC Amateur Radio Operator, licensed Technician Class (KQ4QGQ) | 2024 - 2034 |
| Carbon Black Defense Associate Analyst | 2019 |
| TCM Certified Wireless Analyst (CWA) | 2018 |
| CompTIA A+ Certified Professional #COMP001000771491 | 2003 |
| CompTIA Network+ Certified Professional #COMP001000771491 | 2004 |

### *Expired Certificates*

| | |
|---|---|
| AccessData Certified Examiner™ (ACE) | 2010 - 2017 |
| AccessData Mobile Examiner™ (AME) | 2013 - 2014 |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| Association of Certified Electronic Discovery Specialists (ACEDS), Member | 2023 - 2025 |
| ASTM International, Member | 2019 - 2025 |
| Consortium of Digital Forensic Specialists (CDFS), Member | 2011 - 2015 |
| Forensic Expert Witness Association (FEWA), Florida Chapter Board Member | 2015 - 2017 |
| High Tech Crime Network (HTCN), Member | 2008 - 2012 |
| Information Systems Security Association (ISSA), Senior Member #12883824 | 2009 - 2025 |
| InfraGard Jacksonville Members Alliance (IJMA) | 2017 - Ongoing |
| International Association of Computer Investigative Specialists (IACIS), Associate Member | 2023 - 2026 |
| Miami Electronic Crimes Task Force (MECTF), Member | 2010 - 2023 |

## NOTABLE QUALIFICATIONS

| | |
|---|---|
| Volunteer Child Advocate, The Statewide Guardian ad Litem Office, 4th Circuit, Florida | 2020 - Ongoing |
| Submission Reviewer for JDFSL: The Journal of Digital Forensics, Security and Law | 2014 - Ongoing |
| Program Committee Member, American Intercontinental University, Information Technology | 2015 - 2017 |

# AARON SHANE WEISS

# CURRICULUM VITAE

## EXPERIENCE: EXPERT WITNESS COURT TESTIMONY

**Sentencing Hearing** – <u>US Criminal Court, Middle District of Florida</u>  2025
Case Number: 8:23-CR-00351-1-VMC-SPF
Testified in a sentencing hearing in a CSAM case regarding digital evidence including Mega, Telegram, and Viber.

**Hearing** – <u>State of Florida 12th Judicial Circuit (Criminal), Sarasota County</u>  2025
Case Number: 582022CF009516XXXANC
Testified in a motion to dismiss hearing related to user activity and access of CSAM files.

**Sentencing Hearing** – <u>State of Florida 7th Judicial Circuit (Criminal), Saint Johns County</u>  2024
Case Number: CF2300977
Testified in a sentencing hearing in CSAM case related to computer activity

**Hearing** – <u>State of Florida 15th Judicial Circuit (Criminal), Palm Beach County</u>  2023
Case Number: 21CF010250AMB
Testified in a felony hearing for Motion to Suppress a Facebook search warrant

**Sentencing Hearing** – <u>US Criminal Court, Southern District of Georgia</u>  2022
Case Number: 4:20-CR-95
Testified in a felony sentencing hearing regarding the distribution of child pornography enhancement

**Hearing** – <u>State of Florida 7th Judicial Circuit (Criminal), Volusia County</u>  2022
Testified in Williams Rule hearing related to mobile device and social media evidence

**Jury Trial** – <u>State of Florida 15th Judicial Circuit (Criminal), Palm Beach County</u>  2021
Case Number: 18CF002758AMB
Testified in a felony jury trial regarding digital evidence found on the defendant's phone and computer

**Hearing** – <u>State of Florida 15th Judicial Circuit (Criminal), Palm Beach County</u>  2021
Case Number: 2017CF005678AMB
Testified in Motion to Suppress hearing related to probable cause in P2P child pornography case

**Hearing** – <u>State of Florida 11th Judicial Circuit (Civil), Miami-Dade County</u>  2020
Case Number: 2014-003659-CP-02
Attended a hearing to answer questions regarding examination protocol as a mutual expert

**Jury Trial** – <u>State of Florida 11th Judicial Circuit (Civil), Miami-Dade County</u>  2019
Case Number: 18-013193 CA 01
Testified in an employment contract trial relating to document origination

**Jury Trial** – <u>State of Georgia Criminal Superior Court, Glynn County</u>  2019
Case Number: CR 18-00452
Testified in criminal jury trial relating to social media forensics

# AARON SHANE WEISS
# CURRICULUM VITAE

---

**Jury Trial** – State of Florida 10th Judicial Circuit (Criminal), Polk County     2019
Case Number: 53-2017-CF-000724
Testified in jury trial in topics related to felony child pornography charges

**Motion Hearing** – State of Florida 17th Judicial Circuit (Civil), Broward County     2018
Case Number: CACE-05011951
Testified in a motion hearing regarding attorney fees and evidence of contemporaneous time records

**Motion Hearing** – State of Florida 17th Judicial Circuit (Civil), Broward County     2017
Case Number: CACE15016171
Testified in a motion hearing regarding social media preservation and collection activities

**Sentencing Hearing** – US Criminal Court, Southern District of Georgia     2017
Case Number: 4:16-cr-00098-LGW-GRS
Testified in a felony sentencing hearing regarding my testing of the installation and default settings of peer-to-peer software used by defendant

**Motion Hearing** – State of Florida 19th Judicial Circuit (Civil), Martin County     2016
Case Number: 2013-001321-CA
Testified in motion hearing regarding protocol for electronic discovery and computer forensics processes

**Motion Hearing** – State of Florida 10th Judicial Circuit (Criminal), Collier County     2016
Case Number: 13-001224CF-(JRS)
Testified in motion to suppress hearing regarding peer-to-peer network investigations involving child pornography

**Jury Trial Testimony** – State of Florida 19th Judicial Circuit (Criminal), St. Lucie County     2015
Case Number: 2013CF002585 A
Provided expert testimony in jury trial regarding peer-to-peer download activity and user searches

**Motion Hearing** – State of Florida 10th Judicial Circuit (Criminal), Polk County     2015
Case Number: 53-2014-CF-002864-01 XX-XX
Testified in motion hearing on methods for performing a digital forensics examination at the location of a Sheriff's Office when contraband is involved

**Motion Hearing** – State of Florida 15th Judicial Circuit (Criminal), Palm Beach County     2015
Case Number: 50-2010-CF-006586-AXXX-MB
Testified in motion to dismiss hearing regarding evidentiary artifacts related to user activity

**Jury Trial Testimony** – State of Florida 12th Judicial Circuit (Criminal), Manatee County     2014
Case Number: 2013CF000315AX
Provided expert testimony in jury trial and motion hearing regarding the State's peer-to-peer network investigation and computer evidence

# AARON SHANE WEISS

# CURRICULUM VITAE

---

**Jury Trial Testimony** – <u>State of Georgia Criminal, Chatham County</u>  2014
Case Number: CR130485
Provided expert testimony for jury trial regarding my examination of digital evidence and the user's behavior during a specific time

**Evidence Hearing** – <u>US Federal Criminal Court, Southern District of Florida</u>  2011
Case Number: 11-60088-CR-JIC
Provided expert testimony for Federal Magistrate Judge regarding the preservation and collection techniques and best practices related to mobile device forensics

## EXPERIENCE: DIGITAL FORENSICS & TECHNOLOGY

| | |
|---|---|
| **Owner/Principal Digital Forensics Examiner/Expert Witness** – *Forensic Recovery, LLC* | 2010 - Present |
| **Digital Forensics Analyst Intern** – *Forensic Data Services*, Inc. | 2009 - 2010 |
| **Owner/Computer Technical Support** – *Abyte Solutions, Inc.* | 2006 - 2013 |
| **Volunteer Civilian** – *Orange County Sheriff's Office* | 2003 - 2003 |
| **Computer Sales / Technician / Tech Supervisor** – *Best Buy* | 1998 - 2003 |

## EXPERIENCE: TEACHING

**Adjunct Instructor** – American Intercontinental University, Main Campus, Online  2013 – 2017

| | |
|---|---|
| ITAS 464 | Introduction to Computer Forensics |
| ITDI 372 | Introduction to Cyber Crime & Digital Investigations |
| ITDI 373 | Legal and Technical Report Writing |
| ITDI 379 | Digital Investigations II |
| ITDI 472 | Principles in Electronic Discovery |
| ITDI 473 | Network Investigations |

**Adjunct Instructor, Course Author** – American Intercontinental University (Fort Lauderdale)  2011 - 2013

| | |
|---|---|
| ITDI 372 | Introduction to Cyber Crime & Digital Investigations |
| ITDI 374 | Legal and Ethics in Digital Investigations |
| ITDI 375 | Digital Investigations I |
| ITDI 379 | Digital Investigations II |
| ITDI 472 | Principles in Electronic Discovery |
| ITDI 473 | Network Investigations |
| ITDI 474 | Global Investigations |
| ITDI 475 | Wireless Network Investigations |
| ITDI 477 | Wireless Investigations |
| ITDI 479 | Senior Project in Digital Investigations |

---

# AARON SHANE WEISS
# CURRICULUM VITAE

---

## PRESENTATIONS/SPEAKING ENGAGEMENTS

| | |
|---|---|
| "Child Protection in an Age of End-to-End Encryption", Prostasia Foundation **(Panelist)** | 2023-11-18 |
| "Cell Site Location Information – U Can't Touch This", Magnet Virtual Summit **(Presenter)** | 2023-03-01 |
| "Digital Forensics Brief for Criminal Defense Attorneys", Broward Association of Criminal Defense Lawyers, Fort Lauderdale, FL **(Presenter)** | 2022-12-05 |
| "Digital Forensics Brief for Criminal Defense Attorneys", Florida Association of Criminal Defense Lawyers, Highlands County, FL **(Presenter)** | 2022-01-26 |
| "Incident Responder's Wish List", Western Academy Support & Training Center **(Presenter)** | 2022-01-06 |
| "10 Things Businesses Can Do to Improve their Security Posture", FSCJ Business Speaker Series, Hillsborough County, FL **(Presenter)** | 2021-04-22 |
| "Digital Forensics Brief for Criminal Defense Attorneys", Florida Association of Criminal Defense Lawyers, Hillsborough County, FL **(Presenter)** | 2021-01-21 |
| SYN ACK FIN ACK PODCAST **(Guest)** | 2020-02-05 |
| "Digital Forensics for Family Law Attorneys", Volusia County Bar Association, Daytona Beach, FL **(Presenter)** | 2020-01-17 |
| "Digital Forensics Bootcamp for Attorneys", Jacksonville Bar Association, Jacksonville, FL **(Presenter)** | 2018-11-08 |
| "Savage Artifacts", Infragard, Jacksonville Members Alliance, CyberCamp 2018, Jacksonville, FL **(Presenter)** | 2018-06-12 |
| "How Digital Forensics can play a role in defending you, your company, and your employees", Association of Certified Fraud Examiners (ACFE), Tampa Chapter, 18th Annual Computer and Crimes Seminar, Safety Harbor, FL **(Presenter)** | 2017-05-11 |
| "Cyber Security Issues for Attorneys and Experts", Forensic Expert Witness Association: Florida Chapter Attorney/Expert Joint Workshop; Plantation, FL **(Panelist)** | 2017-02-11 |
| "Child Exploitation Cases: The Digital Forensics Expert Perspective", National Child Abuse Defense & Resource Center, Nineteenth International Conference, Reno, NV **(Presenter)** | 2016-10-28 |
| Instructional presentation and demonstration on techniques for preserving and collecting social media artifacts, GEO/EXIF data in digital photographs and mobile devices; Training delivered to Special Investigations Unit at Insurance Company via private webinar **(Presenter)** | 2016-01-28 |
| Instructional presentation and demonstration on techniques for preserving and collecting social media artifacts, GEO/EXIF data in digital photographs and mobile devices; Training delivered to Special Investigations Unit at Insurance Company via private webinar **(Presenter)** | 2016-01-14 |

---

# AARON SHANE WEISS

# CURRICULUM VITAE

---

Instructional presentation and demonstration on techniques for preserving and collecting social media artifacts, GEO/EXIF data in digital photographs and mobile devices; Training delivered to Special Investigations Unit at Insurance Company's Annual Training Conference **(Presenter)**            2015-06-18

"Using Technology to Minimize Risk and Avoid Compliance Pitfalls", Webinar **(Panelist)**            2014

"The Emerging Standard for Preserving Electronic Data on Social Networks and the Cloud", Hacker Halted, Miami, Florida **(Presenter)**            2011

## PROFESSIONAL DEVELOPMENT

| | | |
|---|---|---|
| 1 HRS | TeelTech Webinar: Radio Frequency Surveying and 5G New Radio | 2025-02-11 |
| 1 HRS | TeelTech Webinar: Demystifying Timing Advance with Forensic Analytics | 2025-01-15 |
| 1 HRS | TeelTech Webinar: 5G New Radio and LE Webinar with Forensic Analytics | 2024-12-18 |
| 1 HRS | A.B.M. Webinar: The All-Important Cell Site List | 2024-12-02 |
| 6 HRS | Qualcomm Academy: Fundamentals of Cellular Communications and 5G (v2) | 2024-11-08 |
| 4 HRS | 2024 Annual Symposium on eCrime: Cutting Edge Topics in Digital Forensics (Virtual) | 2024-11-08 |
| 1 HRS | CYBER 5W Webinar: Why Cases Go Wrong in DFIR | 2024-11-06 |
| 1 HRS | iBwave Training: Radio Wave Propagation Basics | 2024-10-11 |
| 1 HRS | iBwave Training: Basic Propagation Models | 2024-10-09 |
| 1 HRS | iBwave Training: Antenna Characteristics | 2024-09-26 |
| 1 HRS | iBwave Training: In-Building Wireless Fundamentals | 2024-09-26 |
| 1 HRS | Magnet Webinar: Focusing in on Apps in Focus | 2024-09-04 |
| 1 HRS | Hexordia: HEX-140 Creating Mobile Test Data | 2024-07-02 |
| 1 HRS | CSAFE Learning: Cognitive Bias in Forensic Analyses | 2024-04-10 |
| 4 HRS | Magnet Virtual Summit 2024 (Multi-Day) | 2024-02-29 |
| 8 HRS | Hexordia: Mobile Data Structures, Live Virtual | 2024-01-17 |
| 6 HRS | 2nd Annual Symposium eCrime: Cutting Edge Topics in Digital Forensics | 2023-10-31 |
| 1 HRS | Hexordia: HEX-250 Mobile Analysis Methodology and 3rd Party App Analysis | 2023-10-29 |
| 1 HRS | Cell Hawk Webinar: "T-Mobile Carrier Breakdown", Certificate of Achievement | 2023-10-11 |
| 6 HRS | Belkasoft: "iOS Forensics with Belkasoft", Certificate of Achievement | 2023-09-24 |
| 4 HRS | HTCIA Lunch and Learn, Tampa, FL | 2023-09-06 |
| 8 HRS | KB4-CON 2023 | 2023-04-26 |
| 8 HRS | Magnet Virtual Summit 2023 (Multi-Day) | 2023-02-21 |
| 2 HRS | Teracom Training Institute: 2206 Wireless Telecommunications | 2022-08-20 |
| 1 HRS | Cell Hawk Webinar: "Creating a Successful Cellular Analysis Report" | 2022-04-21 |
| 1 HRS | Cell Hawk Webinar: "Myths and Realities of Cell Site Coverage Areas" | 2021-05-20 |
| 3 HRS | Basis Technology: "Intro to DFIR: The Divide and Conquer Process" | 2021-04-23 |
| 1 HRS | Magnet Webinar: "Emoting Over Emotet and Maldoc" | 2021-02-10 |
| 2 HRS | NIST NCCoE: "Technical Ransomware Attack Mitigations Prevention and Response" | 2020-10-14 |
| 1 HRS | Magnet Webinar: "Demystifying Mac Investigations: Mac vs. Windows Artifacts" | 2020-08-19 |
| 8 HRS | Magnet Virtual Summit 2020 | 2020-05-29 |
| 6 CLE | Incident Response Forum 2020, Live-Virtual | 2020-04-14 |
| 1 HRS | Cell Hawk Webinar: "New User & Refresher Training" | 2019-12-19 |
| 8 CLE | FutureCon: Florida CyberSecurity Conference, Tampa, FL | 2019-12-04 |

# AARON SHANE WEISS

# CURRICULUM VITAE

| | | |
|---|---|---|
| 24 HRS | Hawk Analytics Training: "Cellular Technology, Mapping and Analysis" | 2019-11-20 |
| 1 HRS | Cell Hawk Webinar: "4 Major Carrier Breakdowns: How to Interpret Your Returns" | 2019-10-23 |
| 1 HRS | Cell Hawk Webinar: "Myths and Realities of Cell Site Coverage Areas" | 2019-05-30 |
| 8 HRS | Carbon Black Live Training: CB Response Administrator | 2019-05-21 |
| 1 HRS | DME Forensics Webinar: "DVR Examiner Export Formats" | 2019-05-01 |
| 8 HRS | Magnet User Summit 2019 | 2019-04-01 |
| 2 HRS | Teracom Training Institute: 2233 Fixed Wireless | 2018-08-11 |
| 3 HRS | Teracom Training Institute: 2232 Mobile Communications | 2018-08-10 |
| 3 HRS | Teracom Training Institute: 2231 Wireless Fundamentals | 2018-08-09 |
| 6 CPE | Security B-Sides Orlando 2018, Orlando, FL | 2018-04-07 |
| 1 HRS | Oxygen Forensics Webinar: "Oxygen Forensics: App Data/SQLite Viewer Webinar" | 2018-04-05 |
| 4 CLE | Cyrin Online Training Course: "Web Application Security Analysis using OWASP-ZAP" | 2018-03-08 |
| 4 CLE | Cyrin Online Training Course: "Introduction to P2P Forensics" | 2018-03-07 |
| 1 HRS | Webinar: "Forensics in the Cloud: How to conduct an Office365 Investigation" | 2018-02-28 |
| 1 HRS | FBI Infragard Chapter Meeting: "Issues in Maritime Cybersecurity"; | 2018-01-26 |
| 2 HRS | "Basic Cellular Networks Operator Course"; Online-Udemy; Instructor: Josh Russell; | 2018-01-25 |
| 1 CPE | Ultimate Windows Security.com Webinar: "Linux Security: Top Files and Directories to Monitor in Linux to Catch Attackers" | 2017-09-26 |
| 1 CPE | Ultimate Windows Security.com Webinar: "Understanding Office 365 Logon Events to Catch Intrusion Attempts"; Recorded: 2017-07-20 | 2017-09-24 |
| 2 HRS | ISSA Meeting Presentation: "Adversary Playbook"; Crowdstrike | 2017-08-24 |
| 16 CPE | SANS Digital Forensics and Incident Response Summit 2017, Austin, TX | 2017-06-22 |
| 1 HRS | Carbon Black Webinar: "Becoming a Threat Hunter" | 2017-06-14 |
| 2 HRS | ACEDS Jacksonville Meeting: "A View Behind the Curtain: In-House eDiscovery Professionals Tell All" | 2017-03-29 |
| 3 HRS | Forensic Expert Witness Association: Florida Chapter Attorney/Expert Joint Workshop; Plantation, FL (Topics related to Expert Witness training, security, and marketing); | 2017-02-11 |
| 1 HRS | Swiss Re Corporate Solutions Webcasts: "The CFO Playbook on Cyber Risk: What CFOs Need to Know About Cybersecurity Insurance" | 2016-12-02 |
| 2 HRS | ISSA Meeting Presentation: "Together, we can cure SSL blindness"; zScaler | 2016-12-01 |
| 1 HRS | Exterro Inc. Webcast: "Mainstream News & E-Discovery: What You Should Be Watching Out for in 2017" | 2016-12-01 |
| 1 HRS | SANS Webcast: "FOR508 – Advanced Incident Response and Threat Hunting Course Updates: Hunting Guide" | 2016-11-21 |
| 1 HRS | ACEDS Jacksonville Meeting: "Putting Together the Pieces of the eDiscovery Puzzle: Production" | 2016-10-26 |
| 2 HRS | ISSA Meeting Presentation: "Secure Your Organization Against Email Threats"; Proofpoint | 2016-08-18 |
| 1 HRS | SkyHigh Networks Webinar: "Office 365 Security and Compliance – Enforcing the 4 Layers of Trust" | 2016-07-18 |
| 1 HRS | Carbon Black Webinar: "Combining SANS 'Find Evil' Discoveries with Threat Hunting Techniques" | 2016-07-13 |
| 4 HRS | Forensic Data Services: Cyber Security Seminar; Topics: Peer-to-Peer Networking, Cell Phone Forensics, Cell Phone Triangulation and Trilateration | 2016-05-25 |
| 1 HRS | UltimateWindowsSecurity.Com/CarbonBlack Webinar: "Enterprise Targeted Ransomware is Just Getting Started: Here's How to Get Ahead of the Curve" | 2016-04-25 |

# AARON SHANE WEISS

# CURRICULUM VITAE

| | | |
|---|---|---|
| 1 HRS | Magnet Forensics Webinar: "Finding and Analyzing Important Evidence in Child Exploitation Cases" | 2016-02-10 |
| 1 HRS | Lee County Bar Association: Ethics in Depositions – Preparing Your Expert for Deposition (Attended through Forensic Expert Witness Association) | 2015-11-19 |
| 8.0 HRS | Legal Learning Series: eDiscovery Leadership Conference | 2015-10-29 |
| 6.5 HRS | University of Florida E-Discovery/EDRM E-Discovery Conference (Attended via Live Video Stream); Topics: Cloud Data; Mobile Devices; Big Data; Social Media Metadata; Early Data Assessment; | 2015-03-27 |
| 1 HRS | SANS: Webcast: "Smartphone Security is Getting Stronger - Are Your Forensic Methods Getting Weaker?" | 2015-03-16 |
| 1 HRS | EDRM Webinar: "Getting Cloud Data from the New Big Three: Google, iCloud & MS Office 365" | 2015-03-04 |
| 1 HRS | Complete Discovery Source Webinar: "Electronic Discovery Analytics 2015: Progression of Early Case Assessment and Technology Assisted Review" | 2014-12-02 |
| 1 HRS | Forensic Focus & Magnet Forensics Webinar: Investigating Child Exploitation Cases | 2014-05-28 |
| 2 CLE | ISSA Web Conference: Doing it Right: Organizations That Seem Immune to Security Attacks | 2014-04-22 |
| 2 HRS | ISSA Meeting Presentations: The 2014 Security Report; Detecting Signature-Less malware faster: Why Live Memory Analysis is Critical | 2014-04-18 |
| 1 HRS | F-Response Webinar: F-Response Connector Suite Webinar | 2014-03-12 |
| 1 HRS | F-Response Webinar: F-Response Consultant Edition, Basic Training | 2014-02-26 |
| 1 HRS | SANS Webcast: FOR585 Advanced Smartphone and Mobile Device Forensics Preview: Android vs. iOS – Battle of the Smartphones: Data Retention | 2014-01-08 |
| 9 CLE | Legal Learning Series: eDiscovery Leadership Conference | 2013-11-15 |
| 1 HRS | Complete Discovery Webinar: Defensible ESI Collections | 2013-10-17 |
| 2 HRS | ISSA Meeting Presentations: BYOP: Bring Your Own Policy (mobile device policies); What's Hiding in Your Software Components? Hidden Risks of Component-Based Software | 2013-09-25 |
| 1 HRS | eDiscovery Education Center:  Proposed Federal Rules and Recent Court Decision | 2013-09-09 |
| 1 HRS | AccessData Training Modules: Mobile Phone Examiner Plus (MPE+) Essential | 2013-08-20 |
| 1 HRS | viaForensics Webinar: Mobile Risks on iOS and Android | 2013-07-25 |
| 1 HRS | viaForensics Webinar: Corporate Espionage via Mobile Devices | 2013-07-10 |
| 1 HRS | Guidance Software Webinar: Incident Response: Six Best Practices for Managing Cyber Breaches | 2013-04-23 |
| 1 HRS | Mandiant Webinar: State of the Hack – T.I.M.: Triage Investigate, remediate – Accelerating Response to Move at the Speed of Advanced Attackers | 2013-04-18 |
| 24 HRS | AccessData Live Online Training: Windows Registry Forensics | 2012-11-27 |
| 8 HRS | 2012 eDiscovery Leadership Conference | 2012-11-09 |
| 1 HRS | Mandiant Webinar: Fresh Prints of Malware: Striking Gold in Incident Response with NTFS INDX Buffers | 2012-08-30 |
| 3 HRS | Miami Electronic Crimes Task Force (MECTF) Meeting: Digital Forensics in the 21st Century; Financial Fraud Intelligence Trends; Gang Fraud; Facebook Safety Initiatives | 2012-08-09 |
| 2 HRS | Association of Certified E-Discovery Specialists (ACEDS) Webinar: What You Need to Know to Navigate Florida's New E-Discovery Rules | 2012-08-03 |
| 2 HRS | Association of Litigation Support Professionals (ALSP) CLE Dinner: Man vs. Machine - predictive coding and technology assisted review | 2012-06-21 |
| 1 HRS | Association of Certified E-Discovery Specialists (ACEDS) Webinar: Tweets, Texts, and | |

# AARON SHANE WEISS

# CURRICULUM VITAE

|         |                                                                                                                                                |            |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|         | Terabytes; Collect Smarter with Forensics                                                                                                      | 2012-06-15 |
| 24 HRS  | AccessData Live Online Training: Macintosh Forensics                                                                                           | 2012-04-24 |
| 2 HRS   | DFIR Online Meeting Presentations: Data Recovery and Its Role in Computer Forensics; Data Spoliation with CCleaner                             | 2012-04-19 |
| 24 HRS  | AccessData Live Online Training: Internet Forensics                                                                                            | 2012-03-06 |
| 8 HRS   | MFI Live Online Training: Bitpim & Cellular Phone Artifacts                                                                                    | 2012-02-03 |
| 2 HRS   | SANS Webcast: Super Timeline Analysis                                                                                                          | 2011-10-26 |
| 1 HRS   | Association of Certified E-Discovery Specialists (ACEDS) Live Webinar: Best Practices in Using Technology to Collect Data: From Mapping to Forensic Collection | 2011-06-24 |
| 32 HRS  | Computer and Enterprise Investigations Conference (CEIC), Orlando, Florida                                                                     | 2011-05-15 |
| 1 HRS   | SANS Webcast: Digital Forensic Challenges: A Law Enforcement Perspective                                                                       | 2011-04-29 |
| 2 HRS   | Miami Electronic Crimes Task Force (MECTF) Meeting: Phishing; Consumer Fraud and Identity Theft                                                | 2011-02-04 |
| 2 HRS   | ISSA Meeting Presentation: Forensics and Incident Response in Cloud Environments                                                               | 2010-07-15 |
| 1 HRS   | Law.com hosted Webcast: FRCP 26: A Behind the Scenes View of the Current Requirements                                                          | 2010-06-16 |
| 1 HRS   | Palm Beach Treasure Coast Chapter of The Authority on Managing Records & Information (ARMA) Seminar on Litigation Holds                        | 2010-04-15 |
| 8 HRS   | South Florida Information Systems Security Association (ISSA) 2009 Conference and Exposition                                                   | 2009-06-24 |
| 32 HRS  | Computer and Enterprise Investigations Conference (CEIC), Orlando, Florida                                                                     | 2009-05-17 |
| 16 HRS  | Florida Association of Computer Crime Investigators (FACCI) Annual Training Conference, Daytona Beach, Florida                                 | 2003-07-XX |