UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

**DEFENDANT'S UNOPPOSED EMERGENCY MOTION
TO CONTINUE THE MAY 28, 2025, HEARING
ON DEFENDANT'S [DE 33] MOTION TO SUPPRESS**

**COMES NOW** Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, and files Defendant's Unopposed Emergency Motion to Continue the May 28, 2025, Hearing on Defendant's [DE 33] Motion to Suppress, and in support thereof, states as follows:

1. Pursuant to its PAPERLESS NOTICE OF HEARING ON MOTION [DE 49], this Honorable Court has set a Hearing on May 28, 2025, at 2:00 P.M. on Defendant's Motion to Suppress [DE 33].

2. However, the father-in-law of the undersigned's daughter passed away over the weekend in Greenfield, Illinois, and his funeral services are set to commence on May 28, 2025; therefore, the undersigned would like to attend the

Page **1** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

funeral to support the undersigned's daughter and son-in-law at this difficult time for their family.

3. Consequently, Defendant and the undersigned would respectfully request that the Court continue said Hearing for a period of at least five days to allow the undersigned to travel to and from said funeral.

### CERTIFICATE OF GOOD FAITH CONFERRAL

4. The undersigned conferred with Assistant United States Attorney Brianna Coakley, who indicated that the Government does not oppose the continuance sought herein; however, the government asked the undersigned to inform the Court that the government's lead agent is not available on June 4th or June 5th, 2025.

### CERTIFICATION OF EMERGENCY PURSUANT TO L.R. 7.1

5. After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

**WHEREFORE**, the Defendant, ARTEM OLEGOVICH ALAFYEV,

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

respectfully requests that this Honorable Court enter its Order continuing the May 28, 2025, at 2:00 P.M. Hearing on Defendant's Motion to Suppress [DE 33] for a period of at least five days for the foregoing reasons.

**DATED:** May 27, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on Next Page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2025, undersigned counsel electronically filed the foregoing Defendant's Unopposed Emergency Motion to Continue the May 28, 2025, Hearing on Defendant's [DE 33] Motion to Suppress with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                                    **Donet, McMillan & Trontz, P.A.**

                        By: /s/ David A. Donet, Jr.
                              **David A. Donet, Jr., Esq.**
                              Florida Bar No.: 128910
                              Attorney for Defendant
                              100 Almeria Avenue, Suite 230
                              Coral Gables, Florida 33134
                              Telephone: 305-444-0030
                              Email: donet@dmtlaw.com
                              Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com