UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.
_____/

**ORDER GRANTING
DEFENDANT'S UNOPPOSED EMERGENCY MOTION
TO CONTINUE THE MAY 28, 2025, HEARING
ON DEFENDANT'S [DE 33] MOTION TO SUPPRESS**

**THIS CAUSE** came before the Court on Defendant's [DE  ] Unopposed Emergency Motion to Continue the May 28, 2025, Hearing on Defendant's [DE 33] Motion to Suppress; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The Hearing on Defendant's [DE 33] Motion to Suppress is hereby reset to: _____ _____.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

 

_____
**HON. ROY K. ALTMAN**
United States District Judge

Copies to Counsel of Record.