UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

## JOINT MOTION TO CONTINUE TRIAL AND RELATED DEADLINES

The parties to this action, pursuant to F. R. Crim. P. 12, file this Joint Motion to Continued Trial and Related Deadlines, and in support thereof, state as follows:

1. This case is set for Trial during the two-week period commencing on June 16, 2025. (See AMENDED TRIAL ORDER TO CONTINUE [DE 46]).

2. The Parties need and respectfully request a continuance of the Trial of this case for the following reasons:

    a. The United States lead agent will be unavailable during the presently scheduled trial period, as his young child is having surgery out of state at that time;

    b. The Government's counsel is personally unavailable the week of June 16, 2025, due to a pre-planned vacation.

      c.      Counsel for the Defendant is registered to attend an in-person seminar, from June 16 through June 18, in Portland, Oregon (Fundamentals of Federal Capital Defense, conducted by the Federal Death Penalty Resource Counsel) in connection with a capital case to which he was appointed before the Honorable Rodolfo A. Ruiz II, *United States v. Navarro-Escobar*, Case No. 25-cr-20102-RAR; and

      d.      Defendant's undersigned counsel advises the Court that he is also scheduled to attend in-person the annual CJA Conference from July 10th through the 12th, 2025, which takes place out of the District.

3.      Additionally, while Defendant has received discovery in this case, during the physical examination of CSAM discovery on March 11, 2025, at the government's designated site,[1] a software malfunction prevented extraction of certain crucial metadata that Defendant's expert needs and requested. Since that date, the parties have been in consultation regarding this problem and continue to attempt to resolve this technical issue, complete this task and provide access to the metadata needed by Defendant's digital forensics expert. The resolution of this technical problem may require that Defendant's expert, who works and lives in North Florida, return to Miami to coordinate the data extraction with the Homeland

---

[1] (During an inspection that lasted approximately 6 hours by Defendant's forensic expert, the government's forensic expert, defense counsel and government's counsel).

Security's digital forensics agents.

4. Consequently, Defendant's expert will thereafter need time to process the newly extracted metadata once received and generate a report for the undersigned, detailing his relative findings.

5. Subsequent to that, defense counsel will need additional time to review said report and assess those findings, along with various other discovery materials provided by the government and discuss all of it with Mr. Alafyev.

6. Undersigned counsel for Mr. Alafyev respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

7. A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

8. Undersigned counsel certify that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

## WAIVER OF SPEEDY TRIAL

9. Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161, from June 5, 2025, through and including the next scheduled trial date.

**WHEREFORE**, the Parties respectfully request that this Honorable Court enter its Order continuing the Trial of this cause for a period of forty-five days and reset all related deadlines, for the foregoing reasons.

**DATED:** June 5, 2025.

Respectfully submitted,

| **Donet, McMillan & Trontz, P.A.** | **HAYDEN P. O'BYRNE**<br>ACTING U.S. ATTORNEY |
|---|---|
| By: /s/ David A. Donet, Jr. | By: s/Brianna Coakley |
| **David A. Donet, Jr., Esq.** | **Brianna Coakley** |
| Florida Bar No.: 128910 | Court ID No. A5503184 |
| Attorney for Defendant | Assistant U.S. Attorney |
| 100 Almeria Avenue, Suite 230 | United States Attorney's Office |
| Coral Gables, Florida 33134 | 99 NE 4th Street, 6th Floor |
| Telephone: (305) 444-0030 | Miami, Florida 33132 |
| Email: donet@dmtlaw.com | Telephone: (305) 961-9127 |
| Email: paralegals@dmtlaw.com | Email: Brianna.Coakley@usdoj.gov |

[Certificate of Service on Next Page]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2025, undersigned counsel electronically filed the foregoing Joint Motion to Continue Trial and Related Deadlines with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                              **Donet, McMillan & Trontz, P.A.**

                 By:  /s/ David A. Donet, Jr.
                         **David A. Donet, Jr., Esq.**
                         Florida Bar No.: 128910
                         Attorney for Defendant
                         100 Almeria Avenue, Suite 230
                         Coral Gables, Florida 33134
                         Telephone: 305-444-0030
                         Email: donet@dmtlaw.com
                         Email: paralegals@dmtlaw.com