UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____/

**ORDER GRANTING
JOINT MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

**THIS CAUSE** came before the Court on the Parties' [DE   ] Joint Motion to Continue Trial and Related Deadlines; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The new trial date and pretrial instructions shall be set forth in a separate Order.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2025.

_____
**HON. ROY K. ALTMAN**
United States District Judge

Copies to Counsel of Record.