UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

**DEFENDANT ARTEM OLEGOVICH ALAFYEV 'S
MOTION TO CONTINUE TRIAL**

**COMES NOW** Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, pursuant to F. R. Crim. P. 12, files his Motion to Continue Trial, and in support thereof, states as follows:

1.    This case is set for Trial during the two-week period commencing on August 11, 2025. (See  AMENDED TRIAL ORDER [DE 60]).

2.    On July 22, 2025, Defendant filed his SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO SUPPRESS [DE 64], as permitted by the Court at the Hearing held on June 9, 2025, on Defendant's said Motion, among others.

3.    The government has not yet responded to said Supplemental Brief and thus, ruling on Defendant's said Brief is pending.

Page **1** of **4**

4.    Should the Court be persuaded by said Brief to grant Defendant's Motion to Suppress, the instant case would come to and end, as the government's entire case is based on the results of the search of Defendant's iPhone which the Motion seeks to suppress as unconstitutional on 5th Amendment grounds, among others.

5.    Consequently, Defendant needs and respectfully requests a continuance of the Trial of this case pending ruling on Defendant's said Supplemental Brief and for a short time thereafter to allow the undersigned to review the Court's ruling and discuss it with the Defendant.

6.    Undersigned counsel respectfully requests as well that this Honorable Court find that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7).

7.    A factor to be considered in determining whether to grant a continuance is whether the failure to grant such a continuance would either be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i) and (ii).

8.    Undersigned counsel certifies that this continuance is sought in good faith, not for the purposes of delay, but so that justice may be done.

Page **2** of 4

## <u>CERTIFICATE OF GOOD FAITH CONFERRAL</u>

9.     The undersigned conferred with Assistant United States Attorney Brianna Coakley, who indicated that the Government opposes the continuance sought herein.

## <u>WAIVER OF SPEEDY TRIAL</u>

10.     Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, hereby waives his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from July 29, 2025, through and including the next scheduled trial date.

**WHEREFORE**, the Defendant, ARTEM OLEGOVICH ALAFYEV, respectfully requests that this Honorable Court enter its Order continuing the Trial of this cause pending ruling on Defendant's said Supplemental Brief and resetting all related deadlines, for the foregoing reasons.

**DATED:** July 29, 2025.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: _/s/ David A. Donet, Jr._
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on Next Page]

Page **3** of **4**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 29, 2025, undersigned counsel

electronically filed the foregoing Defendant's Motion to Continue Trial with the

Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing

(NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com