UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

**DEFENDANT'S NOTICE OF FILING AFFIDAVIT OF
ANGELINA KHARCHENKO IN SUPPORT OF [DE 33] AND [DE 64]
DEFENDANT'S MOTION TO SUPPRESS AND SUPPLEMENTAL BRIEF
IN SUPPORT THEREOF, RESPECTIVELY**

**COMES NOW** Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, and files the attached Affidavit of Angelina Kharchenko in Support of [DE 33] and [DE 64] Defendant's Motion to Suppress and Supplemental Brief in Support thereof, respectively.

**DATED:** August 11, 2025.

                          Respectfully submitted,

                          **Donet, McMillan & Trontz, P.A.**

           By:  /s/ David A. Donet, Jr.
                        **David A. Donet, Jr., Esq.**
                        Florida Bar No.: 128910
                        Attorney for Defendant

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2025, undersigned counsel electronically filed the foregoing **Defendant's Notice of Filing Affidavit of Angelina Kharchenko in Support of [DE 33] and [DE 64] Defendant's Motion to Suppress and Supplemental Brief in Support Thereof, Respectively** with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

          **Donet, McMillan & Trontz, P.A.**

          By: /s/ David A. Donet, Jr.
          **David A. Donet, Jr., Esq.**
          Florida Bar No.: 128910
          Attorney for Defendant
          100 Almeria Avenue, Suite 230
          Coral Gables, Florida 33134
          Telephone: 305-444-0030
          Email: donet@dmtlaw.com
          Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com