AFFIDAVIT

I, Angelina Kharchenko, declare under penalty of perjury that the following is true and correct to the best of my knowledge.

1. On January 3, 2025, we packed our suitcases and left our cabin at around 8 or 9 a.m. We went down to Deck 4, Exit 7. We stood in line for some time.

2. When we approached the cruise staff member scanning ID cards, he first scanned my card, which was denied because we were on the same booking account. He then scanned Artem's card, which also showed "DENY."

3. He asked us to wait aside and made a phone call. We stood for about 10 minutes.

4. A female officer arrived and asked us to follow her, saying that we were randomly selected for secondary inspection.

5. We entered an inspection area where CBP officers opened our suitcases and searched all our belongings in front of us. After completing the inspection, they asked us to wait for other officers.

6. About 5-10 minutes later, two male CBP officers arrived, took our passports and our phones, and escorted Artem into a separate room.

7. I could see and partially hear what was happening through a window in the wall. These officers threatened that if Artem did not unlock his phone voluntarily, they would send it for forensic examination and hacking.

8. Artem took the phone and began to enter his passcode while covering the screen with his hand to keep the code private.

9. The officers demanded that Artem remove his hand, and one of them physically pointed his hand with the finger at him and told him he could not do that and must uncover the screen.

10. This allowed them to access the phone. They told Artem to step out of the room. I continued to

watch them through the window as they went into the photo album and stopped on intimate videos in which I participated, which made me very uncomfortable.

11. Later, one of the officers brought my passport and phone and placed them by our suitcases. I took my passport and picked up my phone because I needed to call the car rental company (Enterprise) to inform them we were delayed.

12. While Artem was looking for the number in my phone, CBP Officer A. Silva stepped out of the room and sternly told me to put the phone back and that we could not use it because the investigation was still ongoing.

13. These officers then moved to another room with computers and closed the door. Artem was with me. By that time, approximately from 10 a.m. until about 1 p.m., we had no visibility into what they were doing with the phone, and we were told we were waiting for special agents.

14. I was offered to go to a hotel by myself without Artem because he was not free to leave, but I refused.

15. Special agents - a man and a woman - arrived and went directly into the closed computer room. Later, they called Artem into the first room where I could again observe and hear parts of the conversation.

16. They asked Artem to sign a paper acknowledging that he had been read his Miranda rights. He refused, saying we did not understand what was happening and why he should sign.

17. The agents then asked Artem to unlock his phone again, but he refused, explaining that he had already been forced to unlock it once and had complied at that time, and that the phone contained intimate videos with his girlfriend.

18. They then told him to step out again and went back into the computer room and closed the door.

20. Eventually, they came out, and we approached our suitcases to prepare to leave.

21. Special Agent Silva placed Artem in a position with his hands on the table and began searching

his pockets, hoodie, pants, and shoes, even under the insoles.

22. Meanwhile, I was slowly escorted toward the exit door.

23. I was told Artem was under arrest. When Artem asked why, they replied, "If you think about it, you know why."

24. I told them I would call a lawyer, and I was pushed outside the door.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __4__ day of __August__, 2025.

_____

Angelina Kharchenko