**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20013-RKA**

**UNITED STATES OF AMERICA**

**v.**

**ARTEM OLEGOVICH ALAFYEV,**

Defendant.
_____/

**GOVERNMENT'S FOURTH RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this third response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16. The attachment to this response was provided via USAfx containing additional discovery in this case. The records in this file include documents bates stamped ALAFYEV_000102 to ALAFYEV_000240. Please contact the undersigned Assistant United States Attorney if you encounter any issues accessing the discovery.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Respectfully submitted,

JASON A. REDING QUINOÑES
UNITED STATES ATTORNEY

By:     *s/Brianna Coakley*
        Brianna Coakley
        Assistant United States Attorney
        Court ID No. A5503184
        United States Attorney's Office
        99 NE 4th Street, 6th Floor
        Miami, Florida 33132
        (305) 961-9127
        Brianna.Coakley@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provides electronic notice of the filing.

*s/Brianna Coakley*
Brianna Coakley