UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    **Defendant.**

_____/

**UNITED STATES OF AMERICA'S NOTICE OF INTENT TO ADMIT EVIDENCE
PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 803(6)**

    The United States of America, by and through the undersigned Assistant United States Attorneys, hereby files this notice of intent to admit evidence pursuant to Federal Rules of Evidence ("FRE") 902(11) and 803(6), and states the following in support thereof:

    The United States intends to admit business records from Verizon specifically: subscriber records, which were produced to defense on July 30, 2025, through USAFX with the bates stamp number Alafyev_000236-Alafyev_000240. The Certificate of Authenticity of Domestic Records was provided to defense counsel on July 30, 2025 (Alafyev_000240). The United States intends to admit the records pursuant to FRE 902(11) and 803(6), which provide for the authenticity and admissibility of business records via certifications provided by a records custodian.

    Pursuant to FRE 902(11),

    A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

    This filing is intended to provide the requisite FRE 902(11) notice to defense counsel.

1

                    Respectfully submitted,

                    JASON A. REDING QUINOÑES
                    UNITED STATES ATTORNEY

By:   *s/Brianna Coakley*
       Brianna Coakley
       Assistant United States Attorney
       Court ID No. A5503184
       United States Attorney's Office
       99 NE 4th Street, 6th Floor
       Miami, Florida 33132
       (305) 961-9127
       Brianna.Coakley@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 21, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                BY:   */s/ Brianna Coakley*
                         Brianna Coakley
                         Assistant United States Attorney