UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

  Defendant.
  _____/

## UNITED STATES OF AMERICA'S WITNESS LIST

| PRESIDING JUDGE<br>Honorable Roy Altman | | | GOVERNMENT ATTORNEYS<br>AUSA Brianna Coakley<br>AUSA Elizabeth Hannah | | DEFENDANT'S ATTORNEYS<br>David Donet, Jr.<br>Robert Bond |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>08/27/2025 | | | COURT REPORTER<br>Francine Salopek | | COURTROOM DEPUTY<br>Janier Arellano |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESS NAME |
|---|---|---|---|---|---|
| | | | | | Special Agent Kenny Silva, HSI—Case Agent |
| | | | | | Special Agent Caroline Coleman, HSI—Case Agent |
| | | | | | Special Agent Anthony Blackmon, HSI—Expert Witness |
| | | | | | Criminal Analyst Christina Loughrin, HSI—Expert Witness |
| | | | | | CBP Officer Alberto Silva |
| | | | | | Special Agent Emily Evans, SSA (formerly HSI) |
| | | | | | CFA Joseph McKeon, HIS—Expert Witness |
| | | | | | |

                Respectfully submitted,

                JASON A. REDING QUINOÑES
                UNITED STATES ATTORNEY

By:   *s/Brianna Coakley*
       Brianna Coakley
       Assistant United States Attorney
       Court ID No. A5503184
       United States Attorney's Office
       99 NE 4th Street, 6th Floor
       Miami, Florida 33132
       (305) 961-9127
       Brianna.Coakley@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 21, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY:   */s/ Brianna Coakley*
        Brianna Coakley
        Assistant United States Attorney