UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.
_____/

## UNITED STATES OF AMERICA'S EXHIBIT LIST

| PRESIDING JUDGE<br>Honorable Roy Altman | | | GOVERNMENT ATTORNEYS<br>AUSA Brianna Coakley<br>AUSA Elizabeth Hannah | | DEFENDANT'S ATTORNEYS<br>David Donet, Jr.<br>Robert Bond |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>08/27/2025 | | | COURT REPORTER<br>Francine Salopek | | COURTROOM DEPUTY<br>Janier Arellano |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESS NAME |
| 1 | | | | | Physical Exhibit—iPhone |
| 2 | | | | | Cellebrite Extraction Report—Device Information |
| 3 | | | | | Cellebrite Extraction Report— User Account Report |
| 4 | | | | | Cellebrite Extraction Report—Photo Attribution Report |
| 5 | | | | | Cellebrite Extraction Report—Web History Report |
| 6 | | | | | Cellebrite Extraction Report—Cruise Videos Report |
| 7 | | | | | Cellebrite Extraction Report— Sanitized Image and Video Report |
| 8 | | | | | Physical Exhibit—Cellebrite Extraction Report—**Child Sexual Abuse Material** |
| 9 | | | | | Physical Exhibit—Composite **Child Sexual Abuse Material** |
| 10 | | | | | Certified Conviction |
| 11 | | | | | Stipulation |

        Respectfully submitted,

        JASON A. REDING QUINOÑES
        UNITED STATES ATTORNEY

By:   *s/Brianna Coakley*
      Brianna Coakley
      Assistant United States Attorney
      Court ID No. A5503184
      United States Attorney's Office
      99 NE 4th Street, 6th Floor
      Miami, Florida 33132
      (305) 961-9127
      Brianna.Coakley@usdoj.gov

By:   */s/ Elizabeth Hannah*
      Elizabeth Hannah
      Assistant United States Attorney
      Southern District of Florida
      Court ID No. A5503171
      99 Northeast 4th Street, 6th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9019
      E-mail: Elizabeth.Hannah@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY:   */s/ Elizabeth Hannah*
       Elizabeth Hannah
       Assistant United States Attorney