AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ARTEM OLEGOVICH ALAFYEV

## EXHIBIT AND WITNESS LIST

Case Number: 1:25-cr-20013-RKA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Roy K. Altman | AUSA Brianna Coakley<br>AUSA Elizabeth Hanna | David A. Donet, Jr.<br>Robert Bond |
| TRIAL DATE(S)<br>8/27/2025 | COURT REPORTER<br>Francine Salopek | COURTROOM DEPUTY<br>Janier Arellano |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | **WITNESS NAME** |
| | | | | | Angelina Kharchenko |
| | | | | | Aaron Weiss – Expert Witness |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.