UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.
_____/

## UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST—August 26, 2025

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Honorable Roy Altman | AUSA Brianna Coakley<br>AUSA Elizabeth Hannah | David Donet, Jr.<br>Robert Bond |
| **TRIAL DATE(S)**<br>08/27/2025 | **COURT REPORTER**<br>Francine Salopek | **COURTROOM DEPUTY**<br>Janier Arellano |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESS NAME |
|---|---|---|---|---|---|
| 1 | | | | | Physical Exhibit—iPhone |
| 2 | | | | | Cellebrite Extraction Report—Device Information |
| 3 | | | | | Cellebrite Extraction Report— User Account Report |
| 4 | | | | | Cellebrite Extraction Report—Photo Attribution Report |
| 5 | | | | | Cellebrite Extraction Report—Web History Report |
| 6 | | | | | Cellebrite Extraction Report—Cruise Videos Report |
| 7 | | | | | Cellebrite Extraction Report— Sanitized Image and Video Report |
| 8 | | | | | Physical Exhibit—Cellebrite Extraction Report—**Child Sexual Abuse Material** |
| 9 | | | | | Physical Exhibit—Composite **Child Sexual Abuse Material** |
| 10 | | | | | Certified Conviction |
| 11 | | | | | Verizon Subscriber Information |

| 12 |  |  |  |  | Stipulation |
|----|--|--|--|--|-------------|

                                              Respectfully submitted,

                                              JASON A. REDING QUINOÑES
                                              UNITED STATES ATTORNEY

By:   *s/Brianna Coakley*
       Brianna Coakley
       Assistant United States Attorney
       Court ID No. A5503184
       United States Attorney's Office
       99 NE 4th Street, 6th Floor
       Miami, Florida 33132
       (305) 961-9127
       Brianna.Coakley@usdoj.gov

By:   */s/ Elizabeth Hannah*
       Elizabeth Hannah
       Assistant United States Attorney
       Southern District of Florida
       Court ID No. A5503171
       99 Northeast 4th Street, 6th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9019
       E-mail: Elizabeth.Hannah@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                            BY:   */s/ Elizabeth Hannah*
                                    Elizabeth Hannah
                                    Assistant United States Attorney