UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-ALTMAN

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____/

## WAIVER OF WITNESSES' PHYSICAL PRESENCE IN COURT AND CONSENT FOR WITNESSES TO APPEAR BY TWO-WAY VIDEO

The Defendant Artem Olegovich Alafyev states:

1. I have read the Indictment (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney. I understand that the Sixth Amendment guarantees me the right to confront the witnesses who testify against me. I understand that this right means the right to physically face those witnesses in the courtroom at trial.

3. I understand that this guaranteed right to face-to-face confrontation ensures the integrity of the fact-finding process by requiring the witness to physically face the defendant (me) and the fact finder (the jury) while testifying. I understand that these aspects of confrontation are lost when a witness does not physically testify in court.

4. I understand that two-way video teleconference may prevent those physically in the courtroom, including the jury, from fully observing the demeanor of a testifying witness.

5. I understand that I can waive the guaranteed right to physically face witnesses in the courtroom at trial and consent to have witnesses appear at trial by two-way video teleconference.

6. I understand that Federal Rule of Criminal Procedure 26 requires witnesses giving live testimony to do so physically in the courtroom. I understand that I can waive this requirement.

7. I **waive** my right to have the witnesses who testify against me physically present in the courtroom, and the ability to physically face them, at trial.

8. I also **waive** the requirement that witnesses giving live testimony do so physically in the courtroom.

9. I **consent** to have the witnesses testifying against me at trial appear by two-way video teleconference.

| | |
|---|---|
| _____ | _____ |
| Defendant's Signature | Defense Counsel's Signature |
| Artem Alafyev | David Donet |
| Defendant's Name (printed) | Defense Counsel's Name (printed) |
| 8/27/25 | 8/27/25 |
| Date | Date |

ACCEPTED BY:

_____           08/27/25
ROY K. ALTMAN                              Date
UNITED STATES DISTRICT JUDGE

2