# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  25-CR-20013-ALTMAN

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

      Defendant.

_____/

## WAIVER OF DEFENDANT'S RIGHT TO JUIRY TRIAL

The Defendant Artem Olegovich Alafyev states:

1. I have read the Indictment (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney.  I understand that Rule 23 of the Federal Rules of Criminal Procedure and the Seventh Amendment to the United States Constitution guarantees me the right to proceed to a jury trial.

3. I **waive** my right to have a Jury Trial in this case, and will knowingly and voluntarily proceed with a Bench Trial.


_____
Defendant's Signature

_____
Defense Counsel's Signature


_____
Defendant's Name (printed)

_____
Defense Counsel's Name (printed)


_____
Date

_____
Date

CASE NO.  25-CR-20013-ALTMAN

ACCEPTED BY:

_____          08/27/25
**ROY K. ALTMAN**                          Date
**UNITED STATES DISTRICT JUDGE**