UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-20013-ALTMAN

UNITED STATES OF AMERICA,

v.

ARTEM OLEGOVICH ALAFYEV,

    *Defendant*.

_____/

## ORDER FOLLOWING BENCH TRIAL

The Defendant was indicted on one count of transportation of visual depictions involving the sexual exploitation of minors (in violation of 18 U.S.C. § 2252(a)(1) and (b)(1)) and one count of possession of visual depictions involving the sexual exploitation of minors (in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)). *See* Indictment [ECF No. 7] at 1–2. We initially set the case for a jury trial. *See* Trial Order [ECF No. 14] at 1. A defendant entitled to a jury trial must be tried by a jury *unless* he (1) waives his jury trial in writing, (2) the Government consents, and (3) the Court approves. FED. R. CRIM. P. 23(a).

The Defendant waived his jury-trial right in writing, the Government consented, and we approved the waiver. *See* Defendant's Waiver of Trial by Jury [ECF No. 89]. We then held a bench trial on the two counts of the Indictment. *See* Paperless Minutes of Bench Trial [ECF Nos. 83, 84, 87]. Neither party asked us to state any specific findings of fact on the record, *see* FED. R. CRIM. P. 23(c) ("If a party requests before the finding of guilty or not guilty, the court must state its specific findings of fact in open court or in a written decision or opinion."), but we announced the factual basis for our verdict in open court.

Based on the evidence the Government presented, we find the Defendant **GUILTY** beyond a reasonable doubt as to each offense charged in the Indictment. We therefore **ORDER** and **ADJUDGE** that the Defendant is **GUILTY** of Counts 1 and 2 of the Indictment.

**DONE AND ORDERED** in the Southern District of Florida on September 3, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record