UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____/

## THE UNITED STATES OF AMERICA'S MOTION TO SEAL EXHBITS

**COMES NOW**, the United States of America, by and through its undersigned Assistant United States Attorney, and pursuant to Local Rule 5.4(c), respectfully requests that Government's Trial Exhibits 8 and 9 be **SEALED**, until further order of this Court, for the reason that the records contain contraband (child sexual abuse material) and sensitive, personal identifying information and that the victims may suffer unwarranted invasion of privacy should the records be filed on the public docket.

**WHEREFORE**, the United States requests that this Court grant the attached proposed order, sealing Government's Trial Exhibits 8 and 9.

Respectfully submitted,

JASON A. REDING QUINOÑES
UNITED STATES ATTORNEY

Date: September 5, 2025         By:   _/s/ Brianna Coakley_____
                                   Brianna Coakley
                                   Assistant United States Attorney
                                   Court ID No.: A5503184
                                   99 NE 4th Street, 6th Floor
                                   Miami, Florida 33132

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted to the

Sealed Docket Clerk for the United States District Court for the Southern District of Florida with

courtesy copies transmitted to Court and opposing counsel.

<em>/s/ Brianna Coakley</em><br>Brianna Coakley<br>Assistant United States Attorney