UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    **Defendant.**
_____/

**ORDER ON MOTION FOR LEAVE TO SEAL EXHIBITS**

THIS CAUSE comes before the Court upon the Government's Motion to Seal Exhibits Pursuant to Local Rule 5.4(c), requesting that this Court seal the Government's Trial Exhibits 8 and 9. Upon due consideration, it is

ORDERED AND ADJUDGED that the Government's Motion is GRANTED. The Clerk of the Court is directed to file the listed pleadings under seal.

DONE AND ORDERED in Miami, Florida, this ____ day of September, 2025.

_____
HONORABLE ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE