A11944448
Homeland Security
U.S. Immigration and Customs Enforcement
U.S. Customs and Border Protection
FP & F No. 2025520100079101
Line No.(s) 01
Seizing Agency HSI
I.C.E. Case No. MI07QE25MI0011
CBP 6051 No.
Seizing Officer(s) K. Silva
Witnessing Officer(s) C. Coleman
Violator Artem ALAFYEV
Date/Time of Seizure 05/19/25 1253
Description
Apple iPhone 16 Pro Max W/ CSAM
or
Said to Contain $
or
Gross Weight
Peel back liner starting here
DO NOT CUT HERE TO OPEN - DO NOT CUT HERE TO OPEN

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 25-CR-20013-RKA

EXHIBIT NO. 1