

# FORENSIC EXAMINATION REPORT

## CASE NUMBER MI07QE25MI0011-ALAFYEV-LI 001

| | |
|---:|---|
| Case generated | Monday, January 13, 2025 |
| Report generated | Monday, July 28, 2025 |



# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

    Scanned by    CFA BLACKMAN

    Scan date    Monday, January 13, 2025 1:47:43 PM

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---:|:---|
| Evidence items | 2 |
| Combined results | 4,082,973 |

### PHYSICALDRIVE2 WDC WD141KRYZ-01C66B0 (12.73 TB) (3,118)

| | |
|---:|:---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Location | PhysicalDrive2 |
| Platform | Mobile |

### 00008140-000C38C60A60801C_FILES_FULL.ZIP (4,079,855)

| | |
|---:|:---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | 00008140-000C38C60A60801C_files_full.zip |
| Location | 00008140-000C38C60A60801C_files_full.zip |
| Platform | Mobile |

Identifiers - Device

Record 1

| | |
|---:|:---|
| Tags | Attribution , Device Information |
| Identifier | Artem's iPhone |
| Column Name | Network Name (SSID) |
| Artifact | iOS Wi-Fi Profiles |
| Artifact ID | 866 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\preferences\com.apple.wifi.known-networks.plist |
| Location | • wifi.network.ssid.Artem's iPhone/AddedAt<br>• wifi.network.ssid.Artem's iPhone/JoinedByUserAt<br>• wifi.network.ssid.Artem's iPhone/SSID<br>• wifi.network.ssid.Artem's iPhone/SupportedSecurityTypes |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 901 |

Identifiers - People

Record 1

| | |
|---:|:---|
| Tags | Attribution , Device Information |
| Identifier | 12677509660 |
| Column Name | Device Phone Number |
| Artifact | Owner Information |
| Artifact ID | 3772 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Preferences\com.apple.homesharing.plist<br>• 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Preferences\com.apple.itunescloud.plist<br>• 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Preferences\com.apple.purplebuddy.plist<br>• 00008140-000C38C60A60801C_files_full.zip\private\var\wireless\Library\Preferences\com.apple.commcenter.plist<br>• 00008140-000C38C60A60801C_files_full.zip\private\var\preferences\SystemConfiguration\preferences.plist |
| Location | • n/a<br>• root/ICDefaultsCachedSubscriptionStatus/lastKnownActiveDSID<br>• n/a<br>• n/a<br>• root/System/System/ComputerName<br>• root/Model |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 3788 |