

# FORENSIC EXAMINATION REPORT

## CASE NUMBER MI07QE25MI0011-ALAFYEV-LI 001

Case generated    Monday, January 13, 2025
Report generated  Monday, July 28, 2025



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 25-CR-20013-RKA
EXHIBIT NO. 3

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

    Scanned by    CFA BLACKMAN

    Scan date    Monday, January 13, 2025 1:47:43 PM

# EVIDENCE OVERVIEW

| | |
|---:|---|
| Evidence items | 2 |
| Combined results | 4,082,973 |

### PHYSICALDRIVE2 WDC WD141KRYZ-01C66B0 (12.73 TB) (3,118)

| | |
|---:|---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Location | PhysicalDrive2 |
| Platform | Mobile |

### 00008140-000C38C60A60801C_FILES_FULL.ZIP (4,079,855)

| | |
|---:|---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | 00008140-000C38C60A60801C_files_full.zip |
| Location | 00008140-000C38C60A60801C_files_full.zip |
| Platform | Mobile |

Cloud Passwords and Tokens

Record 1

| | |
|---|---|
| Tags | Attribution , User Accounts |
| User Name | aalafyev@icloud.com |
| Password/Token | 788509933.454948 |
| Platform | Apple |
| Service | com.apple.gs.icloud.family.auth.com.apple.account.AppleIDAuthentication.token-expiry-date |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 8:40:27.735 PM |
| Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/27/2024 6:32:13.644 AM |
| Artifact | Apple Keychain Generic Passwords |
| Artifact ID | 4079921 |
| Source | • PhysicalDrive2 - Partition 2 (Microsoft NTFS, 12.73 TB) CASES [L:\]\MI07QE25MI0011-ALAFYEV-LI 001\00008140-000C38C60A60801C_keychain.plist |
| Location | • root > genp[40]<br>• root > genp[40] > acct<br>• root > genp[40] > cdat<br>• root > genp[40] > mdat<br>• root > genp[40] > agrp<br>• root > genp[40] > v_Data<br>• root > genp[40] > svce |
| Evidence number | • PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Item ID | 4080054 |

Record 2

| | |
|---|---|
| Tags | Attribution , User Accounts |
| User Name | willbecleanllc@gmail.com |
| Password/Token | eyJyZWxlYXNlX3RpbWUiOjE2MzI0NTU3NDcsImhhc19ldmVyX2pbmtlZF9kZXNrdG9wIjp0cnVlLCJjb3VdHJ5Ijoi VVMiLCJkZWFsX2VsaWdpYmxlIjpmYWxzZSwicXVvdGFfaW5mbyI6eyJub3JtYWwiOjMzNTY4MzM3ODg0OSwiZGF0 YXN0b3JlIjoiMCwic2hhcmVkIjowLCJxdW90YSI6MjIwNzM0MDc1ODkwfSwiRieF9hY2NvdW50X2xpa2ljaG5jc0h cHBsZV9yZWFxheV9lbWFpbCI6ZmFsc2UsInVzZXJfbmFtZSI6IkFydGVEIEsYWZ5ZXYiLCJ0ZWFtX3tZW1iZXIiOm ZhbHNlLCJpc19kZWZlcnJlZF9wYXNzd29yZF9zZXQiOmZhbHNlLCJub3Rlcl9pcG9pbnRpZGVVkVljsb2NhbGUi OiJlbiIsImlzX3BhaXJlZCI6ZmFsc2UsInNvbGUiOiJwZXJzb25hbCIsImVvcGxmcmcxWaXNpb25Oil0OD UxNTExNDYzNzg1NTE5OTlxiwiaXNfcHVibGljlX2pbmtYmFubVkIjpmYWxzZSwiZW1haWxfdmaWZpZWQiOnRy dWUsInRlYW0iOm51bGwsInZlcmlmaWVkX2FsaWRzIjoyYlY2WtpY6W10sImlzX2RlZmVycmVkX3Bhc3N3b3JkJkJpcW YxzSwibWF4X2FnZSI6MzAsImVtYWlsIjoid2lsbGJlY2xlYW5sbGNAZ21haWwuY29tIiwicmVmZXJyYWxJYWxf dW5mbyI6eyJtYXhfbnVtVX2JvbnVzIjozMywiY29udXNfc3BhY2UiOjEwOjEwOjE0MjR9LCJ2aWRWRlb191Y3GxvvYWRzIjpm YWxzZWRfZGVmYXVsdCI6ZmFsc2UsImlzX3doaXRlbGlzdGVkVkX2Zvcl9wcm9kdWN0aXZpdHkiOnRydWUsIm5hbW UiOim5hbWVfZGV0YWlscyI6eyJzdXJuYW1lIjoiQWxhZnlldiIsImdpdmVuX25hbWUiOiJBcnRlSSsImZhbWlsaW FyX25hbWUiOiJBcnRlbSJ9LCJkaXNwbGF5X25hbWUiOiJBcnRlbSBBbGFmeWV2In0= |
| Platform | Dropbox |
| Service | 8KM394JM3R.com.getdropbox.DropboxKeychainFamily.dropbox-shared.accounts |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/20/2023 5:09:31.992 PM |

Cloud Passwords and Tokens

| | |
|---|---|
| Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/20/2024 9:29:43.486 AM |
| Artifact | Apple Keychain Generic Passwords |
| Artifact ID | 4080040 |
| Source | • PhysicalDrive2 - Partition 2 (Microsoft NTFS, 12.73 TB) CASES [L:\]\MI07QE25MI0011-ALAFYEV-LI 001\00008140-000C38C60A60801C_keychain.plist |
| Location | • root > genp[100]<br>• root > genp[100] > cdat<br>• root > genp[100] > mdat<br>• root > genp[100] > agrp<br>• root > genp[100] > v_Data<br>• root > genp[100] > svce |
| Evidence number | • PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Item ID | 4080107 |

Credit Cards

### Record 1

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Name On Card | Artem Alafyev |
| Card Number | 4737028050209959 |
| Expiry Date | 8-2026 |
| Modified Date/Time - UTC+00:00 (M/d/yyyy) | 6/17/2024 4:19:29.178 AM |
| Artifact | Apple Keychain Saved Credit Cards |
| Artifact ID | 4082905 |
| Source | • PhysicalDrive2 - Partition 2 (Microsoft NTFS, 12.73 TB) CASES [L:\]\MI07QE25MI0011-ALAFYEV-LI 001\00008140-000C38C60A60801C_keychain.plist |
| Location | • root > genp[209] |
| Evidence number | • PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Item ID | 4082916 |

### Record 2

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Name On Card | Artem Alafyev |
| Card Number | 4741658003723419 |
| Expiry Date | 5-2027 |
| Modified Date/Time - UTC+00:00 (M/d/yyyy) | 6/29/2024 3:05:14.558 PM |
| Artifact | Apple Keychain Saved Credit Cards |
| Artifact ID | 4082913 |
| Source | • PhysicalDrive2 - Partition 2 (Microsoft NTFS, 12.73 TB) CASES [L:\]\MI07QE25MI0011-ALAFYEV-LI 001\00008140-000C38C60A60801C_keychain.plist |
| Location | • root > genp[438] |
| Evidence number | • PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Item ID | 4082926 |

User Accounts

### Record 1

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Service Name | Gmail |
| User Name | willbecleanllc@gmail.com |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:07:06.728 PM |
| Artifact | Apple Accounts |
| Artifact ID | 31250 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Accounts\Accounts3.sqlite |
| Location | • Table: ZACCOUNT(Z_PK: 23)<br>• Table: ZACCOUNTTYPE(Z_PK: 51) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 31289 |

### Record 2

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Service Name | Apple ID |
| User Name | aalafyev@icloud.com |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 8:40:27.689 PM |
| Artifact | Apple Accounts |
| Artifact ID | 31262 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Accounts\Accounts3.sqlite |
| Location | • Table: ZACCOUNT(Z_PK: 28)<br>• Table: ZACCOUNTTYPE(Z_PK: 32) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 31295 |

### Record 3

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Service Name | WhatsApp |
| User ID | 12677509660@s.whatsapp.net |
| User Name | Artem |
| Phone Number(s) | 12677509660 |
| Artifact | WhatsApp Accounts Information - iOS |
| Artifact ID | 3627848 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Containers\Shared\AppGroup\9E009C02-532C-4A18-997B-CA66950A1E6F\Library\Preferences\group.net.whatsapp.WhatsApp.shared.plist |
| Location | • Nodes: FullUserName, OwnJabberID, CurrentStatusText, NumberOfLaunches, SPClientVersion |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 3627861 |

### Record 4

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Service Name | Reddit |
| User Name | ArtAl_2 |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 9/29/2023 3:53:08.282 AM |
| Artifact | Reddit Accounts |
| Artifact ID | 3775662 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Containers\Shared\AppGroup\1B22FF7E-CF33-44F5-94B1-65D14ABD68C8\Library\Application Support\accounts\kp8f2neow |
| Location | • $objects/[1]/kRedditorKey > [2]<br>• $objects/[1]/created > [5] |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |

User Accounts

| | |
|---|---|
| Item ID | 3775665 |

Record 5

| | |
|---|---|
| Tags | Attribution , User Accounts |
| Service Name | 8KM394JM3R.com.getdropbox.DropboxKeychainFamily.dropbox-shared.accounts |
| User ID | willbecleanllc@gmail.com |
| Artifact | Apple Keychain Generic Passwords |
| Artifact ID | 4080040 |
| Source | • PhysicalDrive2 - Partition 2 (Microsoft NTFS, 12.73 TB) CASES [L:\]\MI07QE25MI0011-ALAFYEV-LI 001\00008140-000C38C60A60801C_keychain.plist |
| Location | • root > genp[100]<br>• root > genp[100] > cdat<br>• root > genp[100] > mdat<br>• root > genp[100] > agrp<br>• root > genp[100] > v_Data<br>• root > genp[100] > svce |
| Evidence number | • PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Item ID | 4080109 |

Instagram Profiles

Record 1

| | |
|---|---|
| Tags | Attribution , User Accounts |
| User Name | artem_av2024 |
| Profile Picture URL | https://scontent-mia3-2.cdninstagram.com/v/t51.2885-19/427153037_1084085809605127_8800090224291207465_n.jpg?stp=dst-jpg_e0_s150x150_tt6&_nc_ht=scontent-mia3-2.cdninstagram.com&_nc_cat=107&_nc_ohc=yJIuoo5xvOQQ7kNvgGuLwbG&_nc_gid=0cfc82108647456aab3ffae318465237&edm=AB11_MABAAAA&ccb=7-5&oh=00_AYBkLUcMXr886YD6VoYMWn2VD1S2I9uaU9uXdiEEJf9MRw&oe=677DC6B4&_nc_sid=dc5e7f |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Containers\Data\Application\FFF22821-D2D8-440A-9F1E-1C5A0EBB171A\Library\Preferences\com.burbn.instagram.plist |
| Location | • [last-logged-in-account-dict] > [username]<br>• [prefill_full_name]<br>• [last-logged-in-account-dict] > [profilePictureURLString]<br>• [prefill_email]<br>• [prefill_phone]<br>• [accessibilityColorUserPK] |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 3608409 |