

# FORENSIC EXAMINATION REPORT

## CASE NUMBER MI07QE25MI0011-ALAFYEV-LI 001

| | |
|---:|:---|
| Case generated | Monday, January 13, 2025 |
| Report generated | Monday, July 28, 2025 |



Government Exhibit
CASE NO. 25-CR-20013-RKA
EXHIBIT NO. 4

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

|  |  |
|---|---|
| Scanned by | CFA BLACKMAN |
| Scan date | Monday, January 13, 2025 1:47:43 PM |

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---:|:---|
| Evidence items | 2 |
| Combined results | 4,082,973 |

### PHYSICALDRIVE2 WDC WD141KRYZ-01C66B0 (12.73 TB) (3,118)

| | |
|---:|:---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Location | PhysicalDrive2 |
| Platform | Mobile |

### 00008140-000C38C60A60801C_FILES_FULL.ZIP (4,079,855)

| | |
|---:|:---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | 00008140-000C38C60A60801C_files_full.zip |
| Location | 00008140-000C38C60A60801C_files_full.zip |
| Platform | Mobile |

Live Photos

Record 1

| | |
|---|---|
| Tags | Attribution , Attribution Photos |
| Category | 4 - Comparison Images |
| Image |  |
| File Name | IMG_5042.HEIC |
| File Extension | .HEIC |
| UUID | D15CFDC1-784D-4CFF-B9DE-7E5EEFCC0D3B |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 10/5/2024 7:48:44.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/27/2024 8:13:15.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 10/5/2024 7:48:44.000 PM |
| Size (Bytes) | 1333349 |
| Skin Tone Percentage | 54.0 |
| Original Width | 4032 |
| Original Height | 3024 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2024-10-05 15:48:28.000 |
| Modified Date/Time - Local Time | 2024-10-05 15:48:28.000 |
| Software | 17.6.1 |
| Make | Apple |
| Model | iPhone 15 Pro Max |
| Lens Model | iPhone 15 Pro Max front TrueDepth camera 2.69mm f/1.9 |
| Latitude | 40.16053333333333 |
| GPS Latitude | 40°9'37.92" |
| GPS Latitude Reference | North |
| Longitude | -75.02226388888889 |
| GPS Longitude | 75°1'20.15" |
| GPS Longitude Reference | West |
| Altitude (meters) | 69.24113464 |

Live Photos

| | |
|---|---|
| Exif Data | Extraction Result: Complete <br> ImageWidth: 4032 <br> ImageHeight: 3024 <br> DateTimeOriginal: 10/05/2024 15:48:28 <br> CreateDate: 10/05/2024 15:48:28 <br> ModifyDate: 10/05/2024 15:48:28 <br> Software: 17.6.1 <br> Make: Apple <br> Model: iPhone 15 Pro Max <br> LensModel: iPhone 15 Pro Max front TrueDepth camera 2.69mm f/1.9 <br> GPSLongitude: -75.022264 <br> GPSLatitude: 40.160533 <br> GPSAltitude: 69.24113464 |
| MD5 Hash | 5c76bca1e5f63a0a5a15bab46821f688 |
| SHA1 Hash | 7e89695c081becc1fba4ebd6445d3695a9082b99 |
| _rawData | [Binary data] |
| _Video | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\125APPLE\IMG_5042.HEIC <br> • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\125APPLE\IMG_5042.MOV |
| Location | • n/a <br> • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 2283115 |

Record 2

| | |
|---|---|
| Tags | Attribution , Attribution Photos |
| Category | 4 - Comparison Images |

Live Photos

| | |
|---|---|
| Image |  |
| File Name | IMG_8560.HEIC |
| File Extension | .HEIC |
| UUID | 4D7DE13F-1625-4FA1-BA2B-683EA982AC75 |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 10/17/2024 5:46:10.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/27/2024 8:14:03.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 10/17/2024 5:46:10.000 PM |
| Size (Bytes) | 2755538 |
| Skin Tone Percentage | 0.0 |
| Original Width | 3024 |
| Original Height | 4032 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2024-10-17 13:44:26.000 |
| Modified Date/Time - Local Time | 2024-10-17 13:44:26.000 |
| Software | 17.6.1 |
| Make | Apple |
| Model | iPhone 13 Pro Max |
| Lens Model | iPhone 13 Pro Max back triple camera 5.7mm f/1.5 |
| Latitude | 40.070688888888895 |
| GPS Latitude | 40°4'14.48" |
| GPS Latitude Reference | North |

Live Photos

| | |
|---:|:---|
| Longitude | -75.04868333333333 |
| GPS Longitude | 75°2'55.26" |
| GPS Longitude Reference | West |
| Altitude (meters) | 34.65899277 |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 4032<br>ImageHeight: 3024<br>DateTimeOriginal: 10/17/2024 13:44:26<br>CreateDate: 10/17/2024 13:44:26<br>ModifyDate: 10/17/2024 13:44:26<br>Software: 17.6.1<br>Make: Apple<br>Model: iPhone 13 Pro Max<br>LensModel: iPhone 13 Pro Max back triple camera 5.7mm f/1.5<br>GPSLongitude: -75.048683<br>GPSLatitude: 40.070689<br>GPSAltitude: 34.65899277 |
| MD5 Hash | 696f01913c2d393c11fdd114ef1d22af |
| SHA1 Hash | a309259ad2fc7d7db501192eb61d5edef2a88f94 |
| _rawData | [Binary data] |
| _Video | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\SMS\Attachments\01\01\2F086E0F-5176-4F52-8654-E69D04F66B94\IMG_8560.HEIC<br>• 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\SMS\Attachments\01\01\2F086E0F-5176-4F52-8654-E69D04F66B94\IMG_8560.MOV |
| Location | • n/a<br>• n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 3650707 |

Pictures

Record 1

| | |
|---|---|
| Tags | Attribution , Attribution Photos |
| Category | 4 - Comparison Images |
| Image |  |
| File Name | IMG_4303.JPEG |
| File Extension | .JPEG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:19:34.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/27/2024 8:12:55.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:19:34.000 PM |
| Size (Bytes) | 1975355 |
| Skin Tone Percentage | 25.2 |
| Original Width | 2944 |
| Original Height | 2208 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2021-04-21 19:14:07.000 |
| Modified Date/Time - Local Time | 2021-04-21 19:14:07.000 |
| Software | G998USQU1AUA3 |
| Make | samsung |
| Model | SM-G998U |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 2944<br>ImageHeight: 2208<br>DateTimeOriginal: 04/21/2021 19:14:07<br>CreateDate: 04/21/2021 19:14:07<br>ModifyDate: 04/21/2021 19:14:07<br>Software: G998USQU1AUA3<br>Make: samsung<br>Model: SM-G998U |
| MD5 Hash | 797b6d082287cdc4c3a96a5ba828c452 |
| SHA1 Hash | 390b350222fc6f48b01a8f5731e78952de9dc0f4 |
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\104APPLE\IMG_4303.JPEG |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 312269 |

Pictures

### Record 2

| | |
|---|---|
| Tags | Attribution , Attribution Photos |
| Category | 4 - Comparison Images |
| Image | *(photograph)* |
| File Name | IMG_6040.JPEG |
| File Extension | .JPEG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:39:28.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/27/2024 8:12:57.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:39:28.000 PM |
| Size (Bytes) | 2489455 |
| Skin Tone Percentage | 81.5 |
| Original Width | 3648 |
| Original Height | 2736 |
| Exif Extraction Status | Complete |
| Created Date/Time - Local Time (yyyy-mm-dd) | 2021-05-06 20:45:43.000 |
| Modified Date/Time - Local Time | 2021-05-06 20:45:43.000 |
| Software | G998USQU1AUA3 |
| Make | samsung |
| Model | SM-G998U |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 3648<br>ImageHeight: 2736<br>DateTimeOriginal: 05/06/2021 20:45:43<br>CreateDate: 05/06/2021 20:45:43<br>ModifyDate: 05/06/2021 20:45:43<br>Software: G998USQU1AUA3<br>Make: samsung<br>Model: SM-G998U |
| MD5 Hash | 441550b88edf7380d017467b83b5fa16 |
| SHA1 Hash | 0e8a6a4fb8eec0da914fb0c53f96461594880b4a |
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\106APPLE\IMG_6040.JPEG |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |

Pictures

| | Item ID | 572365 |
|---|---|---|

Record 3

| | | |
|---|---|---|
| | Tags | Attribution , Attribution Photos |
| | Category | 4 - Comparison Images |
| | Image |  |
| | File Name | IMG_6602.JPEG |
| | File Extension | .JPEG |
| | Created Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:45:33.000 PM |
| | Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 11/27/2024 8:12:58.000 PM |
| | Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 5/18/2023 4:45:33.000 PM |
| | Size (Bytes) | 118859 |
| | Skin Tone Percentage | 92.9 |
| | Original Width | 750 |
| | Original Height | 1000 |
| | Exif Extraction Status | Complete |
| | Exif Data | Extraction Result: Complete<br>ImageWidth: 750<br>ImageHeight: 1000 |
| | MD5 Hash | b039a1c8af5689b94e6caccef6e1cc88 |
| | SHA1 Hash | f68275b5f64b07fe22ca40bf0e9f69cc359bd295 |
| | _rawData | [Binary data] |

Pictures

|  |  |
|---|---|
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\106APPLE\IMG_6602.JPEG |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 646129 |

Record 4

|  |  |
|---|---|
| Tags | Attribution , Attribution Photos |
| Category | 4 - Comparison Images |
| Image | [photo] |
| File Name | IMG_8462.JPG |
| File Extension | .JPG |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/29/2024 11:24:53.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 12/29/2024 11:24:53.000 PM |

Pictures

| | |
|---|---|
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/29/2024 11:24:53.000 PM |
| Size (Bytes) | 1457780 |
| Skin Tone Percentage | 86.2 |
| Original Width | 2160 |
| Original Height | 3840 |
| Exif Extraction Status | Complete |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 2160<br>ImageHeight: 3840 |
| MD5 Hash | f4a68ddbc470c466d268d21ca9f5a5ff |
| SHA1 Hash | 4a0c630a5f6e1afad3743ba793edf3f26f3891f6 |
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\PhotoData\Metadata\DCIM\128APPLE\IMG_8462.JPG |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 3587972 |