

# FORENSIC EXAMINATION REPORT

## CASE NUMBER MI07QE25MI0011-ALAFYEV-LI 001

Case generated    Monday, January 13, 2025
Report generated    Monday, July 28, 2025



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 25-CR-20013-RKA
EXHIBIT NO. 5

# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

    Scanned by    CFA BLACKMAN

    Scan date    Monday, January 13, 2025 1:47:43 PM

# EVIDENCE OVERVIEW

| | |
|---:|:---|
| Evidence items | 2 |
| Combined results | 4,082,973 |

### PHYSICALDRIVE2 WDC WD141KRYZ-01C66B0 (12.73 TB) (3,118)

| | |
|---:|:---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Location | PhysicalDrive2 |
| Platform | Mobile |

### 00008140-000C38C60A60801C_FILES_FULL.ZIP (4,079,855)

| | |
|---:|:---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | 00008140-000C38C60A60801C_files_full.zip |
| Location | 00008140-000C38C60A60801C_files_full.zip |
| Platform | Mobile |

Human Trafficking Site URLs

Record 1

| | |
|---:|:---|
| Tags | Web History |
| URL | https://callescort.org/index.php?keyword=Young&location=Philadelphia%2C+Pennsylvania |
| Site Name | United States Escorts |
| Artifact | Potential Browser Activity |
| Artifact ID | 90400 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • File Offset 2352101 |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 90420 |

Pornography URLs

### Record 1

| | |
|---|---|
| Tags | Web History |
| Site Name | Hot Petite Teen Fucking in Black Stockings - Pornhub.com |
| URL | https://www.pornhub.com/view_video.php?viewkey=ph5aeca4012e7d9 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 1/2/2025 3:01:03.462 PM |
| Artifact | Safari iCloud Tabs |
| Artifact ID | 56392 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\CloudTabs.db |
| Location | • Table: cloud_tabs(rowid: 19243)<br>• Table: cloud_tab_device(rowid: 2) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 56498 |

### Record 2

| | |
|---|---|
| Tags | Web History |
| Site Name | BLACKEDRAW NYC Teen Fucks the Biggest BBC in the World - Pornhub.com |
| URL | https://www.pornhub.com/view_video.php?viewkey=ph5b178809edc9e |
| Date/Time - UTC+00:00 (M/d/yyyy) | 1/2/2025 3:01:00.797 PM |
| Artifact | Safari iCloud Tabs |
| Artifact ID | 56481 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\CloudTabs.db |
| Location | • Table: cloud_tabs(rowid: 19258)<br>• Table: cloud_tab_device(rowid: 2) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 56650 |

### Record 3

| | |
|---|---|
| Tags | Web History |
| Site Name | Gorgeous teen Alexis Brill grants her magic to the cameraman - XVIDEOS.COM |
| URL | https://www.xvideos.com/video37292561/gorgeous_teen_alexis_brill_grants_her_magic_to_the_cameraman#show-related |
| Date/Time - UTC+00:00 (M/d/yyyy) | 1/2/2025 3:01:00.778 PM |
| Artifact | Safari iCloud Tabs |
| Artifact ID | 56857 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\CloudTabs.db |
| Location | • Table: cloud_tabs(rowid: 19311)<br>• Table: cloud_tab_device(rowid: 2) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 56923 |

### Record 4

| | |
|---|---|
| Tags | Web History |
| Site Name | SPYFAM Sexy step daughter gives step dad fuck of his life (Ryan Driller, Athena Faris) - Tnaflix.com |
| URL | https://www.tnaflix.com/de/babe-videos/SPYFAM-Sexy-step-daughter-gives-step-dad-fuck-of-his-life/video8388284 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/12/2024 4:19:44.833 AM |
| Artifact | Safari History |
| Artifact ID | 57858 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\History.db |
| Location | • Table: history_items(id: 23457)<br>• Table: history_visits(id: 45826) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 57953 |

### Record 5

| | |
|---|---|
| Tags | Web History |
| Site Name | Step Daughter Asks Dad if she is Tighter - Full version on Telegram: Giafoxy - Tnaflix.com |

Pornography URLs

| | |
|---|---|
| URL | https://www.tnaflix.com/de/hd-videos/Step-Daughter-Asks-Dad-if-she-is-Tighter-Full-version-on-Telegram-Giafoxy/video4584969 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/12/2024 4:18:41.069 AM |
| Artifact | Safari History |
| Artifact ID | 57818 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\History.db |
| Location | • Table: history_items(id: 23452)<br>• Table: history_visits(id: 45819) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 57976 |

Record 6

| | |
|---|---|
| Tags | Web History |
| Site Name | Dad Fucks Sweet Teen Step Daughter - Full version on Telegram: Giafoxy - Tnaflix.com |
| URL | https://www.tnaflix.com/de/amateur-porn/dad-fucks-sweet-teen-step-daughter-full-version-on-telegram-giafoxy/video4783580?from_pop=1 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/12/2024 4:17:23.739 AM |
| Artifact | Safari History |
| Artifact ID | 57766 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\History.db |
| Location | • Table: history_items(id: 23449)<br>• Table: history_visits(id: 45811) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 58010 |

Record 7

| | |
|---|---|
| Tags | Web History |
| Site Name | Tight Teen Gets Creampied by Stepdad - Selena Love - - XVIDEOS.COM |
| URL | https://www.xvideos.com/video.kcakucv10fe/tight_teen_gets_creampied_by_stepdad_-_selena_love_- |
| Artifact | Safari Last Session |
| Artifact ID | 60983 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 4173)<br>• Table: windows(id: 1) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 60997 |

Record 8

| | |
|---|---|
| Tags | Web History |
| Site Name | Skinny teenage girl rides huge black cock - XVIDEOS.COM |
| URL | https://www.xvideos.com/video7369435/skinny_teenage_girl_rides_huge_black_cock |
| Artifact | Safari Last Session |
| Artifact ID | 61183 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 3682)<br>• Table: windows(id: 1) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 61262 |

Record 9

| | |
|---|---|
| Tags | Web History |
| Site Name | Hot Petite Teen Fucking in Black Stockings - Pornhub.com |
| URL | https://www.pornhub.com/view_video.php?viewkey=ph5aeca4012e7d9 |
| Artifact | Safari Last Session |
| Artifact ID | 61167 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 3725)<br>• Table: windows(id: 1) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 61319 |

Pornography URLs

### Record 10

| | |
|---|---|
| Tags | Web History |
| Site Name | 'Teen daughter in law' Search - XVIDEOS.COM |
| URL | https://www.xvideos.com/?k=Teen+daughter+in+law |
| Artifact | Safari Suspended State Tabs |
| Artifact ID | 65896 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 4171) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 66048 |

### Record 11

| | |
|---|---|
| Tags | Web History |
| Site Name | Step Daughter Asks Dad if she is Tighter - Full version on Telegram: Giafoxy - Tnaflix.com |
| URL | https://www.tnaflix.com/de/hd-videos/Step-Daughter-Asks-Dad-if-she-is-Tighter-Full-version-on-Telegram-Giafoxy/video4584969 |
| Artifact | Safari Suspended State Tabs |
| Artifact ID | 73092 |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 7515) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Item ID | 73119 |

Potential Browser Activity

Record 1

| | |
|---|---|
| Tags | Web History |
| URL | https://cums.xxx/search/video/?s=Real+daughter+daddy+fucking+hot |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • File Offset 98241964 |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Carving |
| Item ID | 74801 |

Record 2

| | |
|---|---|
| Tags | Web History |
| URL | https://en.luxuretv.com/search/videos/daddy-and-daugher/rating/page20.html |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • File Offset 5093206 |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Carving |
| Item ID | 76520 |

Safari Suspended State Tabs

### Record 1

| | |
|---|---|
| Tags | Web History |
| URL | https://cums.xxx/90809/real-daughter-daddy-fucking-hot/ |
| Title | Real Daughter Daddy Fucking Hot Porn Video \| CUMS. |
| Last Interaction Date/Time - UTC+00:00 (M/d/yyyy) | 3/10/2024 3:35:18.000 AM |
| Visit Order | 2 |
| Private Browsing | No |
| Attachment | [Binary data] |
| Tab ID | B5080819-EA06-4F8B-87DE-C1418D6FA8DF |
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 4174) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 65923 |

### Record 2

| | |
|---|---|
| Tags | Web History |
| URL | https://en.luxuretv.com/videos/sleeping-step-daughter-probed-and-fucked-by-daddy-50662.html |
| Title | Sleeping step-daughter probed and fucked by Daddy - LuxureTV |
| Visit Order | 0 |
| Private Browsing | No |
| Attachment | [Binary data] |
| Tab ID | 676238B7-213E-4DBC-93BA-943075CC87A7 |
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 6139) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 68923 |

### Record 3

| | |
|---|---|
| Tags | Web History |
| URL | https://www.google.com/search?q=extremly+young+orgy+premium+account&client=safari&sca_esv=600002579&channel=iphone_bm&source=hp&ei=G1erZfdh0f6m1A-6s4SACA&oq=extremly+young+orgy+premium+account&gs_lp=EhFtb2JpbGUtZ3dzLXdpei1ocCIjZXh0cmVtbHkgeW91bmcgb3JneSBwcmVtaXVtIGFjY291bnRIJABUIAiWNCOAXABeACQAQCYAYIBoAG7G6oBBTIxLjE0uAEDyAEA-AEBqAIXwgIECEnCAgsQKRiABBixAxiDAcICCxApGIAEGMcBGK8B8BwgIQEAAAYAxiPARjlAhjqAhiMA8ICEBAuGAMYjwEY5QIY6gIYjAPCAggQKRiABBixA8ICERAuGAMYsQMY0QMY5wIYjwHCAggQLhiABBixA8ICCBAAGIAEGIsDwgILEC4YgAQYsQMY1ALCAggQLhiABBixAxiDAcICCxAAGIAEGLEDGIMBwgIIEC4YgAQY1ALCAggQLhiABBiABBixA8ICBhAAGBYYHsICCBAAGBYYHhiPAsICCBAAGBYYHhgKwgIIEAAYFhgeGA8BwgINEAAYgAQYsQMYgwEYCsIIEAAYgAQYChixA8ICChAhGAoYoB4GAwQA |
| | BgFGB4YDRgPwgILEAAYgAQYigUYhgPCAgcQIRgKGKABwgIIEAAYFhgeGA8&sclient=mobile-gws-wiz-hp |
| Title | extremely young orgy premium account - Google Search |
| Visit Order | 2 |
| Private Browsing | No |
| Attachment | [Binary data] |
| Tab ID | D08A338E-C2FA-4FEB-932C-B4D280FA42C5 |

Safari Suspended State Tabs

| | |
|---|---|
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • Table: bookmarks(id: 6801) |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 71252 |

Record 4

| | |
|---|---|
| Tags | Web History |
| URL | https://en.luxuretv.com/videos/for-daddy---teenage-hottie-blonds-with-giant-tits-and-sexy-ass-fuck-their-horny-father-97773.html |
| Title | For daddy - Teenage hottie blonds with giant tits and sexy ass fuck their horny father - LuxureTV |
| Private Browsing | No |
| Attachment | [Binary data] |
| Tab ID | D4EF17A4-DA08-4B6D-9B9F-F4344F32CF60 |
| _rawData | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Library\Safari\SafariTabs.db |
| Location | • File Offset 312098 |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Carving |
| Item ID | 74611 |