

# FORENSIC EXAMINATION REPORT

## CASE NUMBER MI07QE25MI0011-ALAFYEV-LI 001

Case generated   Monday, January 13, 2025
Report generated   Monday, July 28, 2025



# CASE OVERVIEW

## CASE PROCESSING DETAILS

SCAN 1

    Scanned by    CFA BLACKMAN

    Scan date    Monday, January 13, 2025 1:47:43 PM

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 2 |
| Combined results | 4,082,973 |

### PHYSICALDRIVE2 WDC WD141KRYZ-01C66B0 (12.73 TB) (3,118)

| | |
|---|---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | PhysicalDrive2 WDC WD141KRYZ-01C66B0 (12.73 TB) |
| Location | PhysicalDrive2 |
| Platform | Mobile |

### 00008140-000C38C60A60801C_FILES_FULL.ZIP (4,079,855)

| | |
|---|---|
| Evidence processing software | AXIOM Process v8.8.0.42722 |
| Evidence number | 00008140-000C38C60A60801C_files_full.zip |
| Location | 00008140-000C38C60A60801C_files_full.zip |
| Platform | Mobile |

Videos

Record 1

| | | |
|---|---|---|
| | Tags | Cruise |
| | Category | 0 - Non-Pertinent |
| | Image |  |
| | File Name | IMG_8471.MOV |
| | File Extension | .MOV |
| | Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 6:43:41.000 PM |
| | Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 6:43:41.000 PM |
| | Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 6:43:51.000 PM |
| | File Size (Bytes) | 29514750 |
| | Skin Tone Percentage | 17.0 |
| | Exif Extraction Status | Complete |
| | Media Duration (Seconds) | 9.07 |
| | Original Width | 3840 |
| | Original Height | 2160 |
| | Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 6:43:41.000 PM |
| | Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 6:43:51.000 PM |
| | Software | 18.1.1 |
| | Make | Apple |
| | Model | iPhone 16 Pro Max |
| | Latitude | 26.1045 |
| | Longitude | -78.5664 |
| | Altitude (meters) | 12.222 |
| | MD5 Hash | 6adef0837482eb4e27f28cdf793d5f02 |
| | SHA1 Hash | 5d388a6756b6a51df1f86bd2311095786ab94145 |
| | Exif Data | Extraction Result: Complete<br>ImageWidth: 3840<br>ImageHeight: 2160<br>Duration: 9.07<br>CreateDate: 12/31/2024 18:43:41<br>ModifyDate: 12/31/2024 18:43:51<br>Software: 18.1.1<br>Make: Apple<br>Model: iPhone 16 Pro Max<br>GPSLongitude: -78.5664<br>GPSLatitude: 26.1045<br>GPSAltitude: 12.222<br>CreationDate: 12/31/2024 18:43:41 |
| | _Video | [Binary data] |

Videos

| | |
|---|---|
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\128APPLE\IMG_8471.MOV |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 3280323 |

Record 2

| | |
|---|---|
| Tags | Cruise |
| Category | 0 - Non-Pertinent |
| Image | |
| File Name | IMG_8512.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 10:31:07.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 10:31:07.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 10:31:18.000 PM |
| File Size (Bytes) | 34867345 |
| Skin Tone Percentage | 14.7 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 10.5 |
| Original Width | 3840 |
| Original Height | 2160 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 10:31:07.000 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2024 10:31:18.000 PM |
| Software | 18.1.1 |
| Make | Apple |
| Model | iPhone 16 Pro Max |
| Latitude | 25.8909 |
| Longitude | -77.7999 |
| Altitude (meters) | 13.929 |
| MD5 Hash | 5117ef5c7104ab33a6ecca1ca7c0562c |
| SHA1 Hash | 7eaf66f77290ba48464ac1babdfa966a509bea4c |
| Exif Data | Extraction Result: Complete<br>ImageWidth: 3840<br>ImageHeight: 2160<br>Duration: 10.5<br>CreateDate: 12/31/2024 22:31:07<br>ModifyDate: 12/31/2024 22:31:18<br>Software: 18.1.1<br>Make: Apple<br>Model: iPhone 16 Pro Max<br>GPSLongitude: -77.7999<br>GPSLatitude: 25.8909<br>GPSAltitude: 13.929<br>CreationDate: 12/31/2024 22:31:07 |
| _Video | [Binary data] |

Videos

| | |
|---|---|
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\128APPLE\IMG_8512.MOV |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 3310406 |

Record 3

| | |
|---|---|
| Tags | Cruise |
| Category | 0 - Non-Pertinent |
| Image |  |
| File Name | IMG_8566.MOV |
| File Extension | .MOV |
| Created Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2025 8:22:02.000 PM |
| Last Accessed Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2025 8:22:02.000 PM |
| Last Modified Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2025 8:22:08.000 PM |
| File Size (Bytes) | 25847809 |
| Skin Tone Percentage | 6.7 |
| Exif Extraction Status | Complete |
| Media Duration (Seconds) | 5.3 |
| Original Width | 3840 |
| Original Height | 2160 |
| Exif Created Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2025 8:22:02.000 PM |
| Exif Modified Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2025 8:22:08.000 PM |
| Software | 18.1.1 |
| Make | Apple |
| Model | iPhone 16 Pro Max |
| Latitude | 25.0979 |
| Longitude | -77.2714 |
| Altitude (meters) | 5.192 |
| MD5 Hash | ca6dadd409cc1bfd70a1772e376abd02 |
| SHA1 Hash | 04f34c8aa59da52e3db5ba0b6c6c65302acf81c6 |

Videos

| | |
|---|---|
| Exif Data | Extraction Result: Complete<br>ImageWidth: 3840<br>ImageHeight: 2160<br>Duration: 5.3<br>CreateDate: 01/01/2025 20:22:02<br>ModifyDate: 01/01/2025 20:22:08<br>Software: 18.1.1<br>Make: Apple<br>Model: iPhone 16 Pro Max<br>GPSLongitude: -77.2714<br>GPSLatitude: 25.0979<br>GPSAltitude: 5.192<br>CreationDate: 01/01/2025 20:22:02 |
| _Video | [Binary data] |
| Source | • 00008140-000C38C60A60801C_files_full.zip\private\var\mobile\Media\DCIM\128APPLE\IMG_8566.MOV |
| Location | • n/a |
| Evidence number | • 00008140-000C38C60A60801C_files_full.zip |
| Recovery method | • Parsing |
| Item ID | 3340163 |