GOVERNMENT EXHIBIT
CASE NO. 25-CR-20013-RKA
EXHIBIT NO. 10

## DELAWARE COUNTY COURT OF COMMON PLEAS
### CERTIFICATE OF IMPOSITION OF JUDGEMENT OF SENTENCE

NGP **X**  Open GP ___  Jury Trial ___  Non Jury Trial ___  Nolo ___  Amended ___  Gagnon II ___

COMMONWEALTH OF PENNSYLVANIA VS. **Artem Alafyev**

D.O.B. **10.4.85**  SEX **M** / F  RACE **W**  SID ___  BAC ___

Case Record No.: **5054-11**   OTN No.: **T07.3747-2**

| Info | Charges | Grading | Info | Charges | Grading |
|---|---|---|---|---|---|
| Ct 1 | Child Pornography | F3 | Ct 115 | Criminal use of communication facility | F3 |

**A. Info** — TOTAL CONFINEMENT is imposed with regard to the following charges:

| Info | Minimum | Maximum | DCP | SCI | FINE |
|---|---|---|---|---|---|
| Ct 1 | 8 mons | 23 mons | X | | |

**B. Info** — PROBATION is imposed with regard to the following charges:

| Info | Term of Probation | COUNTY | STATE | FINE |
|---|---|---|---|---|
| Ct 115 | 3 yrs consecutive to Ct 1 | X | | |

**C. Info** — INTERMEDIATE PUNISHMENT is imposed to the following charges:

| Info | Term of Probation | COUNTY | STATE | FINE |
|---|---|---|---|---|
| | | | | |

**D.** Defendant is ordered to pay RESTITUTION to the following persons:

Name ___ Address ___

Joint & Several with ___ ( ) ___ ( )

**E. List SPECIFIC CONDITIONS**
- ___ Immediate Parole
- ___ Bench Warrant Rescinded
- ___ Complete CRN / Follow Rec. /Safe Driving
- ___ Perform ___ hours of Community Service
- ___ Paroled to D&A Inpatient program upon available bed date
- ___ Sentenced under Section 3804 A Title 75
- ___ Serve ___ 48 hour periods starting ___ at ___ pm/am
- **X** Placed on EMP for **5 mons** days
- ___ No contact with victim
- ___ Participate in domestic violence or Anger management Group
- **X** Comply with rules and regulations governing Probation and/or Parole
    - **X** General Rules ___ DUI ___ EMP **X** Sex Offenders ___ Multiple DUI Offender Program
- ___ Complete and follow recommendation of Diagnostic Services
- ___ Drug & Alcohol Evaluation
- ___ Psychological Evaluation
- ___ Psychiatric Evaluation
- ___ Psychosexual Evaluation
- ___ Ignition Interlock Ordered
- **X** Submit to DNA Testing
- ___ $ ___ Mandatory Cost Assessment per Substance Abuse Demand and Reduction Fund
- **X** Register under Megan's Law **10 yrs**

Other: **Forfeiture of computer and accessories.**

**F.** The defendant shall receive such credit for time served as he is entitled by the laws of the Commonwealth of Pennsylvania. The sentences, confinement, and/or probation imposed shall be consecutive or concurrent as follows:
The aggregate term of confinement is a period of not less than ___ not more than ___
The aggregate term of probation is ___
Costs of prosecution are imposed on the (**X**) defendant ( ) Delaware County
( ) NOLLE PROSSE REMAINING CHARGES (**X**) APPEAL RIGHTS GIVEN

Date: **3.22.12**    Sentencing Judge: *J Bradley*

Name ADA: **M. Galintino**   Name Def. Atty. **J. Sigman**

NOTE CAREFULLY: If Section 17" or "Section 18" appears, this is 35 P.S. § 780-117 or -118 without adjudication of guilt.

CERTIFIED A TRUE AND CORRECT COPY FROM THE RECORD
THIS **11** DAY OF **June** A.D. **2025**
MARY J. WALK, ESQUIRE, DIRECTOR
OFFICE OF JUDICIAL SUPPORT

Alafyev_000102