| Search Value | MTN | Account Number | Last Name | First Name | Business Name | MTN Status Code | MTN Status Effective Date | MTN Effective Date | Disconnect Date |
|---|---|---|---|---|---|---|---|---|---|
| 2677509660 | 2677509660 | 724971082-1 | ALAFYEV | ARTEM | | D | 5/16/2025 | 9/26/2015 | 5/16/2025 |

| Acct Owner Customer Id | Acct Owner Account Number | Acct Owner Last Name | Acct Owner First Name | Acct Owner Middle Name | Acct Owner Business Name | Email | MTN Effective Date | Disconnect Date |
|---|---|---|---|---|---|---|---|---|
| 724971082 | 1 | ALAFYEV | ARTEM | | | willbecleanllc@gmail.com | 9/26/2015 | |

| Search Value | Search Start Date | Search End Date | MTN | Account Number | Last Name | First Name | Middle Name | Business Name | Addr Line1 | Addr Line2 | Addr Line3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2677509660 | 1/1/2024 | 5/8/2025 | 2677509660 | 724971082-1 | ALAFYEV | ARTEM | | | 1913 TUSTIN ST | | |

| City | State | Zip Code | Contact Last Name | Contact First Name | Contact Middle Initial | Home Phone | Work Phone | Contact Addr Line1 | Contact Addr Line2 | Contact Addr Line3 | Contact City |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PHILADELPHIA | PA | 191521906 | ALAFYEV | ARTEM | | 9999999999 | 2677509660 | 1913 TUSTIN ST | 1913 TUSTIN ST | | PHILADELPHIA |

| Contact State | Contact Zip Code | MTN Effective Date | Disconnect Date | Type |
|---|---|---|---|---|
| PA | 191521906 | 9/26/2015 | 5/16/2025 | Postpaid |



GOVERNMENT EXHIBIT
CASE NO. 25-CR-20013-RKA
EXHIBIT NO. 11