UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20013-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.
_____/

### TRIAL STIPULATION

The United States of America, the Defendant, and Defendant's counsel hereby stipulate and agree that the following facts are true and correct, and that the jury may regard them as having been proved beyond a reasonable doubt:



GOVERNMENT EXHIBIT
CASE NO. 25-CR-20013-RKA
EXHIBIT NO. 12

1. Government's Exhibit 8 and Government's Exhibit 9 are the forensic extraction report for the visual depictions and the visual depictions that were recovered from the cellular phone (Government's Exhibit 1) in the Defendant's possession on January 3, 2025.

2. Government's Exhibit 9 are visual depictions that were produced using real people, that is minors, including prepubescent minors who had not attained the age of twelve years old.

3. The minors depicted in Government's Exhibit 9 were engaged in sexually explicit conduct.

|  |  |
|---|---|
| _____<br>Artem Olegovich Alafyev<br>Defendant<br><br>_____<br>David Donet, Jr.<br>Counsel for Defendant | JASON A. REDING QUIÑONES<br>UNITED STATES ATTORNEY<br><br>By: _____<br>Brianna Coakley<br>Elizabeth Hannah<br>Assistant United States Attorneys |