UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING
## LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING

The Defendant, ARTEM OLEGOVICH ALAFYEV, by and through his undersigned attorney, hereby files copies of letters addressed to the Court for consideration at sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

**DATED:** November 12, 2025.

                Respectfully submitted,

                **Donet, McMillan & Trontz, P.A.**

    By: /s/ David A. Donet, Jr.
           **David A. Donet, Jr., Esq.**
           Florida Bar No.: 128910
           Attorney for Defendant

[Certificate of Service on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2025, undersigned counsel electronically filed the foregoing Defendant's Notice of Filing Letters to the Court for Consideration at Sentencing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                **Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
      **David A. Donet, Jr., Esq.**
      Florida Bar No.: 128910
      Attorney for Defendant
      100 Almeria Avenue, Suite 230
      Coral Gables, Florida 33134
      Telephone: 305-444-0030
      Email: donet@dmtlaw.com
      Email: paralegals@dmtlaw.com

Page **2** of **2**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com