UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20013-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

**COMPOSITE EXHIBIT "A"
TO
DEFENDANT'S NOTICE OF FILING
<u>LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING</u>**

**Letters addressed to the Court.**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

**LETTER IN SUPPORT OF ARTEM OLEGOVICH ALAFYEV**

Dear Honorable Judge Roy Altman,

My name is Yelena Alafyeva, and I am Artem's younger sister. I write to you to offer the Court insight into the person he has been throughout his life and the devastating impact his incarceration has had on our family.

**Artem's Character and Community Ties**

Artem has always been a profoundly caring and generous individual. Throughout my life, he has served as my protector and role model. He is the person our family and friends turn to in times of need. He has never intentionally harmed anyone and has consistently demonstrated kindness and compassion to those around him. Our entire community: friends, neighbors, and extended family know him as someone who would help anyone without hesitation.

**Impact on Our Elderly Parents**

The impact of Artem's incarceration on our parents, both 65 years old, has been catastrophic. They immigrated to this country in 2001 to build a better life for our family, and Artem has been their source of pride and support. The prospect of a lengthy sentence has left them devastated and fearful they may never see their son as a free man again.

Shortly after learning of Artem's arrest, our father suffered a Transient Global Amnesia episode and required emergency hospitalization. He could not recall his surroundings or recognize anyone around him. The only thing he remembered, the only words he could speak—were, "Where is my son? Why isn't my son next to me?" Medical professionals attributed this episode directly to the severe psychological stress of Artem's arrest. His memory returned within 24 hours, but he remained hospitalized for observation for three days. This was one of the most terrifying experiences of my life, second only to my brother's arrest itself.

Our mother has been similarly devastated. She cries daily, heartbroken that Artem is not home. Both of our parents are living in constant fear and anguish, uncertain whether they will ever see their son again outside of a prison visiting room. I am genuinely afraid that news of a lengthy sentence would be more than they could bear, and I fear for their physical and mental health.

**A Plea for Mercy and Proportionality**

Your Honor, I understand the seriousness of the charges and that the Court must consider public safety and deterrence. However, I respectfully ask the Court to also consider:

- Artem's lack of any criminal history between 2011 and 2025—a 14-year period during which he successfully completed all registration requirements and lived as a law-abiding citizen
- His strong family ties and the severe collateral consequences his family is already suffering

- The fact that he has already been detained since January 3, 2025.

**Conclusion**

Your Honor, I implore you to please have mercy on my brother. I know from the bottom of my heart that he does not deserve to be in jail. Words cannot express how much we miss and love him. Not only his family, but our entire community loves him deeply.

Sincerely,

Yelena Alafyeva
Sister of Artem Olegovich Alafyev

**Honorable Judge Altman,**

We are Galina and Oleg Alafyev, the parents of Artem Olegovich Alafyev.
Our son was raised in a loving and close-knit family where kindness, respect, and compassion were always the foundation of our lives. Artem has always been a good-hearted, gentle, and caring person. He has never shown hatred, anger, or violence toward anyone or anything. He could never intentionally cause harm to any living being.

Artem has always been hardworking and responsible. At work, he earned respect for his dedication and strong work ethic. Our home was always filled with his friends. Everyone loved him for his warmth and his ability to bring people together.

Since his arrest our lives have fallen into darkness. Every day feels like a nightmare. We are 65 years old and live in constant fear that we will not live to see our son's future — his family, his children, his happiness. The absence of Artem has brought deep depression and serious health problems into our lives. We pray every day for his safety and for the strength to endure this pain.

Our son is not a danger to anyone. He is a kind, gentle man who can still be useful to society through his work and his heart.
His fate and the fate of our family now lie in God's hands and in Yours, Your Honor.

With deepest respect,
**Galina and Oleg Alafyev**

Honorable Judge Altman,

My name is Angelina Kharchenko, and I have known Artem Olegovich Alafyev since 2017. We have been in a close and loving relationship since 2024. During all these years, I have known him as a kind, gentle, and caring man who would never hurt anyone. There is no cruelty or anger in him, he has always been respectful, compassionate, and full of warmth toward others.

Since his arrest, my life has fallen apart. I was left alone to run our trucking business, which we had built together, and it has been extremely difficult for me as a woman to manage it on my own. I fell into serious financial hardship, struggling to keep the company alive without his help and support. Every day feels like an uphill battle, and I miss not only his love but his strength and guidance.

Artem has always been hardworking and responsible. He devoted himself fully to his job and helped everyone around him. I dreamed of building a family with him and having children together. His current situation has completely devastated me - it feels as though all our plans, our dreams, and my life itself have collapsed into ruins.

I was present at the time of his arrest and personally witnessed what happened. I will continue to stand by him and fight for him until the end.

Respectfully,
Angelina Kharchenko

To Whom It May Concern,

I am writing this letter on behalf of my cousin, Artem Alafyev, whom I have known closely for my entire life. I can say with full confidence that he is a kind, respectful, and morally grounded individual who has never shown any behavior that would suggest harm or malice toward anyone. Throughout the years I've known him, he has consistently demonstrated compassion, integrity, and a strong sense of responsibility in all areas of his life.

The recent accusations against him do not reflect the person I know. I have never witnessed or heard of him engaging in any inappropriate or predatory behavior. I truly believe he is a good man who was caught in an unfortunate and unjust situation. His character and values speak far louder than these allegations, and I hope this statement helps to convey the truth about who he really is.

Sincerely,
Daniel Krivonosov

Honorable Judge Altman,

We, Katerina and Augustin, have known Artem Olegovich Alafyev for several years - Katerina since 2019 and Augustin since 2024. During all this time, Artem has proven himself to be a kind, honest, and dependable person. We have never seen him raise his voice or show anger toward anyone.
Artem is always ready to help others in need. He has supported his family, his friends, and even people outside his circle whenever he could. Everyone who knows him respects him deeply for his gentle nature, his hard work, and his willingness to lend a helping hand.
We also know him as a caring and devoted partner to Angelina.  A young man full of love and dignity. There is no cruelty, hatred, or malice in him. He brings peace, not harm, to those around him.

Please take this into consideration while sentencing.

Sincerely,
Katerina Simat and Augustin Simat

To whom it may concern,

I have known Artem Alafyev since high school years. I remember him as an excellent hard working student. He is a kind and respectful person, always willing to help everyone around. He always brought his positive attitude any place he showed up. He came out from the good hard working family who he loves and respects a lot.

Sincerely,

Yelena Belous

To Whom It May Concern,

Date: October 2025
Subject: Recommendation letter for court

Your Honor,

We are writing this letter to you to provide a character reference about Artem Alafyev, who we know as a friend for a period of 10 years.
Everyone in our family was shocked to hear the news. It came as a surprise for all of us that our friend, Artem, can ever be accused of such an act. He has always been very obedient and never caused any trouble that would put our family at risk. He is kind, polite and very responsible. We respect him very much.
 Artem is a wonderful man who never harmed or offended anyone. Please take this into account when sentencing him.

If you have any further questions, feel free to contact us anytime.

Sincerely,
Olga Martynenko and Mykhaylo Bezpeka