UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:25-CR-20013-RKA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARTEM OLEGOVICH ALAFYEV,

        Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney is authorized to practice in this Court and in the United States Circuit Court for the Eleventh Circuit and that she hereby enters her permanent appearance in this action as counsel for Defendant Artem OLEGOVICH ALAFYEV, for proceedings in both the district and appellate courts. Upon this Court's entry of the undersigned's appearance, all pleadings and papers in this action should be served electronically via CM/ECF to *kristy@figueroa-law.com*.

Respectfully submitted,

/s/ *Kristin Figueroa-Contreras*
Kristin D. Figueroa-Contreras, Esq., B.C.S.
Florida Bar No. 643394
FIGUEROA-CONTRERAS LAW GROUP, PLLC
2030 S. Douglas Road, Suite 204
Coral Gables, FL 33134
Telephone:    305-639-8599
E-mail:    kristy@figueroa-law.com
Counsel for Defendant Artem OLEGOVICH ALAFYEV

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 24th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

Respectfully submitted,

/s/ *Kristin Figueroa-Contreras*

Kristin D. Figueroa-Contreras, Esq., B.C.S.
Florida Bar No. 643394
FIGUEROA-CONTRERAS LAW GROUP, PLLC
2030 S. Douglas Road, Suite 204
Coral Gables, FL 33134
Telephone:    305-639-8599
E-mail:       kristy@figueroa-law.com
Counsel for Defendant Artem OLEGOVICH ALAFYEV

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*