**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-CR-20013-RKA**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.

_____

## <u>CORRECTED NOTICE OF APPEAL</u>

**TO THE CLERK'S OFFICE:**

Notice is hereby given that  Defendant Artem OLEGOVICH ALAFYEV hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment of this Honorable Court in his above-captioned criminal case.  The judgment was entered on 14 November 2025 and signed by U.S. District Court Judge Roy K. Altman.  A true and correct copy of the judgment is attached at Exhibit A.

    Respectfully submitted,

/s/ *Kristin Figueroa-Contreras*
_____
Kristin D. Figueroa-Contreras, Esq., B.C.S.
Florida Bar No. 643394
FIGUEROA-CONTRERAS LAW GROUP, PLLC
2030 S. Douglas Road, Suite 204
Coral Gables, FL 33134
Telephone:    305-639-8599
E-mail:    kristy@figueroa-law.com
Counsel for Defendant Artem OLEGOVICH ALAFYEV

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 2nd day of December, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to all parties of record.

Respectfully submitted,

*/s/ Kristin Figueroa-Contreras*

Kristin D. Figueroa-Contreras, Esq., B.C.S.
Florida Bar No. 643394
FIGUEROA-CONTRERAS LAW GROUP, PLLC
2030 S. Douglas Road, Suite 204
Coral Gables, FL 33134
Telephone:      305-639-8599
E-mail:          kristy@figueroa-law.com
Counsel for Defendant Artem OLEGOVICH ALAFYEV

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*