UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20013-CR-RKA

UNITED STATES OF AMERICA

v.

ARTEM OLEGOVICH ALAFYEV,

    Defendant.
_____/

**NOTICE RELATED TO RESTITUTION AND
REQUEST TO CANCEL RESTITUTION HEARING**

The United States of America files the instant Notice relating to restitution, stating as follows:

Defendant was charged by Indictment with Transportation of Visual Depictions Involving Sexual Exploitation of Minors, in violation of 18 U.S.C. § 2251(a)(1) and (b)(1), and Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). (DE 7). Following a bench trial, Defendant was found guilty as charged. (DE 92). On November 14, 2025, Defendant was sentenced to a total of 240 months' imprisonment. (DE 103). At the time, the government sought additional time to confer with the victims regarding restitution. The government has conferred with the victims and has not received a request for restitution. Therefore, the government respectfully requests that the Restitution Hearing set for February 11, 2025, be canceled.

                                                      Respectfully submitted,

                                                      JASON A. REDING QUIÑONES
                                                      UNITED STATES ATTORNEY

Date: February 10, 2026.            By:  */s/ Brianna Coakley*
                                                      Brianna Coakley
                                                      Assistant United States Attorney
                                                      Court No: A5503184
                                                      99 Northeast 4th Street
                                                      Miami, Florida 33132
                                                      Tel: (305) 961-9127
                                                      Email: Brianna.Coakley@usdoj.gov

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on February 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which provides electronic notice of the filing.

                                                      *s/ Brianna Coakley*
                                                      BRIANNA COAKLEY
                                                      Assistant United States Attorney